IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, A. FRANK DUNHAM and ELLIOT A. SEGAL as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, 2121 K Street, N.W. Washington, DC 20037<br><br>     Plaintiffs,<br>v.<br><br>VALLEY SERVICES, INC., a corporation, 216 Red School House Road Spring Valley, NY 10977<br><br>and<br><br>BIBEAU CONSTRUCTION COMPANY, INC., a corporation, 231 S. Middletown Road Nanuet, NY 10954<br><br>     Defendants. | Civil Action No. |

## COMPLAINT

1. Plaintiffs, Michael H. Holland, Micheal W. Buckner, A. Frank Dunham and Elliot A. Segal are Trustees of the United Mine Workers of America 1992 Benefit Plan ("The 1992 Plan"). The Trustees are fiduciaries with respect to the 1992 Plan within the meaning of Section 3(21)(A) of the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C.

§ 1002(21)(A). The Trustees conduct the business of the 1992 Plan at 2121 K Street, N.W., Washington, D.C. 20037.

2. The 1992 Plan is an irrevocable trust fund created pursuant to Section 9712 of the Coal Industry Retiree Health Benefit Act of 1992 ("the Coal Act"), 26 U.S.C. § 9712.

3. The 1992 Plan is a Plan described in Section 302(c)(5) of the Labor Management Relations Act, 29 U.S.C. §186(c)(5); an employee welfare benefit plan within the meaning of Section 3(3) of ERISA, 29 U.S.C. § 1002(3); and a multiemployer plan within the meaning of Section 3(37) of ERISA, 29 U.S.C. § 1002(37).

4. Defendant Valley Services, Inc. is or was an Ohio corporation with an office and/or address at 216 Red School House Lane, Spring Valley, NY 10977.

5. Defendant Bibeau Construction Company, Inc. is or was a New York corporation, with an office and/or address at 231 S. Middletown Road, Nanuet, NY 10954.

6. Jurisdiction is conferred on this Court by Section 9721 of the Coal Act, 26 U.S.C. § 9721; Section 4301(d) of ERISA, 29 U.S.C. § 1451(d); and Section 502(e) of ERISA, 29 U.S.C. § 1132(e).

7. Venue is proper in this district under Section 9721 of the Coal Act, 26 U.S.C. § 9721; Section 502(e)(2) of ERISA, 29 U.S.C. § 1132(e)(2); and Section 4301(d) of ERISA, 29 U.S.C. § 1451(d), in that Plaintiff the 1992 Plan administers its normal business activities within this district.

8. Defendant Valley Services, Inc. was engaged in operating a certain coal mine, or mines, or coal mining business and/or transporting or cleaning coal.

9. Defendant Valley Services, Inc. is a "Last Signatory Operator" as that term is defined in Section 9701(c)(4) of the Coal Act, 26 U.S.C. § 9701(c)(4).

10. Based upon information and belief, Plaintiffs allege that Defendant Bibeau Construction Company, Inc. is a "related person" to Defendant Valley Services, Inc. within the meaning of Section 9701(c)(2)(A) of the Coal Act, 26 U.S.C. § 9701(c)(2)(A). As such, pursuant to Section 9712(d)(4) of the Coal Act, 26 U.S.C. § 9712(d)(4), Defendants Valley Services, Inc. and Bibeau Construction Company, Inc. are jointly and severally liable for the amounts owed to the 1992 Plan, and shall be referred to herein as Defendants.

11. Pursuant to Section 9712(d)(3) of the Coal Act, 26 U.S.C. § 9712(d)(3), Defendants are jointly and severally liable for the payment of monthly per beneficiary premiums for Defendant Valley Services, Inc.'s eligible beneficiaries.

12. By letter dated December 6, 2004, the 1992 Plan notified Defendant Bibeau Construction Company, Inc. that as a related person under the Coal Act, Bibeau Construction Company, Inc. was jointly and severally liable for the payment of monthly per beneficiary premiums for Defendant Valley Services, Inc.'s eligible beneficiaries, and requested payment of the monthly per beneficiary premiums to be made within twenty (20) days.

13. By letter October 17, 2005, the 1992 Plan demanded payment of all amounts owed and notified Defendant Bibeau Construction Company, Inc. that unless payment was received within fifteen (15) days, its failure to pay would be treated as a delinquency by the 1992 Plan, for which it would seek payment of all amounts owed including interest, liquidated damages, attorney's fees and costs.

14. Defendants have failed to pay the required premiums for months February 15, 1993 through January 15, 2006 in the principal amount of $100,573.90. Therefore, Defendants have failed to discharge their obligations under Section 515 of ERISA, 29 U.S.C. § 1145, and Section 9712(d)(3) of the Coal Act, 26 U.S.C. § 9712(d)(3), and have caused the 1992 Plan to

sustain loss of income, incur administrative and legal expenses and suffer immediate, continuing and irreparable injury. Plaintiffs are without an adequate remedy at law.

WHEREFORE, the Plaintiffs pray for the following relief:

(a) a declaration that Defendants Valley Services, Inc. and Bibeau Construction Company, Inc. are related persons within the meaning of Section 9701 (c)(2)(A) of the Coal Act, 29 U.S.C. § 9701 (c)(2)(A);

(b) a declaration that Defendants' liability to the 1992 Plan for the monthly per beneficiary premiums through January 15, 2006 is $100,573.90;

(c) judgment for the entire liability set forth in paragraph (b), plus interest thereon from the date such amount became due and owing, together with liquidated damages, pursuant to Section 9721 of the Coal Act, 26 U.S.C. § 9721; Sections 502 (g)(2), 515, and 4301 (b) of ERISA, 29 U.S.C. §§ 1132 (g)(2), 1145 and 1451(b), and for all amounts that become due during the pendency of this action;

(d) a permanent injunction enjoining Defendants to timely pay their premiums to the 1992 Plan;

(e) judgment for attorney fees, and other costs and disbursements in this action;

(f) that the Court retain jurisdiction of this case pending compliance with its orders; and

 (g)  for such other and further relief as the Court may deem just.

              Respectfully submitted,

              DAVID W. ALLEN
              General Counsel
              DC Bar #81638

              LARRY D. NEWSOME
              Associate General Counsel
              DC Bar #254763

              KATHLEEN B. BURNS
              Senior Associate Counsel
              DC Bar # 492460
              UMWA HEALTH & RETIREMENT FUNDS
              Office of the General Counsel
              2121 K Street, N.W.
              Washington, D.C. 20037
              Telephone: 202-521-2233

              Attorneys for Plaintiffs