IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, A. FRANK DUNHAM, and ELLIOT A. SEGAL as Trustees of the United Mine Workers of America 1992 Benefit Plan,<br><br>    Plaintiffs,<br><br>v.<br><br>VALLEY SERVICES, INC. and BIBEAU CONSTRUCTION COMPANY,<br><br>    Defendants. | Civil Action No. 1:06CV00178-RMU |

CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendant Bibeau Construction Company, by undersigned counsel, moves for an enlargement of time to and including March 31, 2006 to file its response to the Complaint in this matter.  The additional time is needed because the undersigned has only recently been engaged to represent Defendant Bibeau Construction Company.

Counsel for Plaintiffs has informed the undersigned that Plaintiffs have no objection to this motion.

Respectfully submitted,

/s/
John R. Woodrum

IT IS SO ORDERED.

_____
United States District Judge