IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, A. FRANK DUNHAM, and ELLIOT A. SEGAL as Trustees of the United Mine Workers of America 1992 Benefit Plan, )<br><br>Plaintiffs, )<br><br>v. )<br><br>VALLEY SERVICES, INC. and BIBEAU CONSTRUCTION COMPANY, INC., )<br><br>Defendants. ) | Civil Action No. 1:06CV00178-RMU |

## CORPORATE DISCLOSURE OF DEFENDANT BIBEAU CONSTRUCTION COMPANY, INC.

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned, counsel of record for Bibeau Construction Company, Inc., certifies that to the best of my knowledge and belief Bibeau Construction Company, Inc. has no parent, subsidiary or affiliate companies which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

Respectfully submitted,

_____/s/_____

John R. Woodrum, D.C. Bar No. 933457
W. Gregory Mott, D.C. Bar No. 438200
OGLETREE, DEAKINS, NASH,
 SMOAK & STEWART, P.C.
Fifth Floor
2400 N St., N.W.
Washington, D.C.  20037
202-887-0800

*Counsel for Defendant Bibeau Construction*
 *Company, Inc.*