IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, A. FRANK DUNHAM and ELLIOT A. SEGAL as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN<br>2121 K Street, N.W.<br>Washington, D.C. 20037<br><br>     Plaintiffs,<br>  v.<br><br>VALLEY SERVICES, INC.,<br>a corporation,<br>216 Red School House Road<br>Spring Valley, NY 10977<br><br>and<br><br>BIBEAU CONSTRUCTION COMPANY, INC.,<br>a corporation,<br>231 S. Middletown Road<br>Nanuet, NY 10954<br><br>     Defendants. | Civil Action No. 1:06-cv-00178-RMU |

## PLAINTIFFS' RULE 26(a)(1) DISCLOSURES

Plaintiffs, Trustees of the United Mine Workers of America ("UMWA") 1992 Benefit Plan ("1992 Plan"), by undersigned counsel, make the following pretrial disclosures pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure:

1. Under Rule 26(a)(1)(A), the following individuals may have discoverable information relevant to disputed facts alleged with particularity in the pleadings:

  a) <u>Dale A. Stover</u>, Comptroller, c/o Kathleen B. Burns, Senior Associate Counsel, Office of General Counsel, UMWA Health and Retirement Funds, 2121 K Street, N.W., Washington,

D.C. 20037, (202) 521-2233.  Mr. Stover may have information concerning the liability of the Defendants for monthly per beneficiary premiums required to be paid to the 1992 Plan under the Coal industry Retiree Health Benefit Act of 1992 ("Coal Act"), 26 U.S.C. §§ 9701 et seq.  Mr. Stover may also have information concerning the amount of the Defendants' liability and billings that were sent to the Defendants informing them of these liabilities.

      b)  Katharine Gagne, Director, Eligibility Services Division, c/o Kathleen B. Burns, Senior Associate Counsel, Office of General Counsel, UMWA Health and Retirement Funds, 2121 K Street, N.W., Washington, D.C. 20037, (202) 521-2233.  Ms. Gagne may have information on the work histories and eligibility of the beneficiaries attributable to the Defendants under the Coal Act, 26 U.S.C. §§ 9701 et seq.

      2.  Pursuant to Rule 26(a)(1)(B), the following is a description by category and location of all documents, data compilations, and tangible things in the possession, custody or control of the Plaintiffs that are relevant to disputed facts alleged with particularity in the pleadings.

      a)  Eligibility:  United Mine Workers of America 1992 Benefit Plan and Trust Document.

      b)  Beneficiaries:  List of 1992 Plan Beneficiaries attributable to the Defendants.

      c)  Signatory Status:  The 1978 National Bituminous Coal Wage Agreements ("NBCWA") signed by Valley Services, Inc. confirming its signatory status.

      d)  Liability:  Correspondence forwarded to Valley Services, Inc. and Bibeau Construction Company, Inc. outlining their liability to the 1992 Plan.

      3.  Rule 26(a)(1)(C) disclosures:  The amount of monthly per beneficiary premiums claimed by the 1992 Plan under 26 U.S.C. § 9712 is $109,727.84 through October 15, 2006. Such premiums are accruing at the rate of $508.33 per month. The amount of the above 1992

Plan premiums was determined pursuant to Section 9712 of the Coal Act, 26 U.S.C. § 9712, and the 1992 Plan Agreement and Declaration of Trust.

The 1992 Plan will make available for inspection and copying the documents or other evidentiary material, not privileged or protected from disclosure, on which such computations are based. In particular, the premiums were determined by taking the number of beneficiaries attributable to the Defendants and multiplying that number by the applicable per beneficiary rate set by the Trustees.

In addition, the Defendants also owe statutory interest, liquidated damages and attorneys fees and costs under 29 U.S.C. § 1132 (g)(2)(B)-(D), as incorporated under Section 9721 of the Coal Act, 26 U.S.C. § 9721, through 29 U.S.C. §§ 1145 and 1451.

4. Plaintiffs are not aware of any documents responsive to Rule 26(a)(1)(D).

DAVID W. ALLEN
General Counsel
DC Bar #81638

LARRY D. NEWSOME
Associate General Counsel
DC Bar #254763

/s/ Kathleen B. Burns
KATHLEEN B. BURNS
Senior Associate Counsel
DC Bar #492460
UMWA HEALTH & RETIREMENT FUNDS
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: (202) 521-2233

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on October 18, 2006, I served the foregoing Plaintiffs' Rule 26(a)(1) Disclosures via United States Mail, First Class, Postage Prepaid, to the following individuals:

John R. Woodrum, Esquire
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N Street, N.W.
Fifth Floor
Washington, DC  20037

/s/ Kathleen B. Burns
Kathleen B. Burns
Senior Associate Counsel