IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, A. FRANK DUNHAM and ELLIOT A. SEGAL as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, 2121 K Street, N.W. Washington, D.C. 20037<br><br>     Plaintiffs,<br>  v.<br><br>VALLEY SERVICES, INC., a corporation, 216 Red School House Road Spring Valley, NY  10977<br><br>and<br><br>BIBEAU CONSTRUCTION CO., INC., a corporation, 231 S. Middletown Road Nanuet, NY  10954<br><br>     Defendants. | Civil Action No. 1:06-cv-00178-RMU |

REPORT OF PARTIES' PLANNING MEETING

1. Pursuant to Federal Rule of Civil Procedure 26(f), a meeting was held over the telephone on November 14, 2006 and was attended by:

 Kathleen B. Burns on behalf of Plaintiffs
 John R. Woodrum on behalf of Defendant Bibeau Construction Company, Inc.

2. **Pre-Discovery Disclosures**:  The Parties will exchange by January 31, 2007 the information required under F.C.R.P. 26(a)(1).

3. **Discovery Plan:** The parties jointly propose to the court the following discovery plan:
Discovery will be needed on the following subjects:

For the Plaintiffs: Allegations in the complaint. The business relationship between the defendants.

For Defendant, Bibeau Construction Company, Inc: The allegations in the complaint. The debt alleged to be owed by defendant. Defenses asserted in defendant's Answer.

All discovery commenced in time to be completed by July 16, 2007.

Maximum of 30 interrogatories by each party to another party.
Responses due 30 days after service.

Maximum of 30 requests for admissions by each party to another party.
Responses due 30 days after service.

Maximum of 5 depositions by Plaintiffs and 5 by Defendant.

Each deposition limited to maximum of 6 hours unless extended by agreement of parties.

The parties do not anticipate the use of any retained experts and therefore do not need a due date for reports from retained experts under F.R.C.P. 26(a)(2).

4. **Other items.**

The parties do not request a conference with the court before the entry of the scheduling order.

The parties shall be allowed until March 19, 2007 to join additional parties and until March 19, 2007 to amend the pleadings.

All potentially dispositive motions shall be filed by September 10, 2007.

The case should be ready for trial by November 2007 and the time of trial is expected to be one to two days. No party has requested a trial by jury.

Respectfully submitted,

DAVID W. ALLEN
General Counsel
D.C. Bar No. 81638

LARRY D. NEWSOME
Associate General Counsel
D.C. Bar No. 254763


/s/ Kathleen B. Burns
KATHLEEN B. BURNS
Senior Associate Counsel
D.C. Bar No. 492460
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K Street, N.W.
Washington, D.C. 20037
Telephone: (202) 521-2233
Attorneys for Plaintiffs



/s/ John R. Woodrum
JOHN R. WOODRUM, Esquire
D.C. Bar No. 933457
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
2400 N Street, N.W.
Fifth Floor
Washington, D.C. 20037
Telephone: (202) 887-0800
Attorney for Defendant, Bibeau Construction
Company, Inc.

3