IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| | ) | |
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, A. FRANK DUNHAM, and ELLIOT A. SEGAL as Trustees of the United Mine Workers of America 1992 Benefit Plan, | ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 1:06CV00178-RMU |
| v. | ) ) | |
| VALLEY SERVICES, INC. and BIBEAU CONSTRUCTION COMPANY, INC., | ) ) ) | |
| Defendants. | ) ) ) | |

**DEFENDANT BIBEAU CONSTRUCTION COMPANY, INC.'s RULE 26(A)(1) INITIAL DISCLOSURES**

Defendant Bibeau Construction Company, Inc. ("Bibeau"), though undersigned counsel and pursuant to Fed. R. Civ. P. 26(a)(1) respectfully serves the following Initial Disclosures.

A.   Those individuals likely to have knowledge of discoverable information that Bibeau may use to support its claims and defenses, unless solely for impeachment, include:

(1) Ovila L. Bibeau, Chairman, Bibeau Construction Company, Inc., 231 South Middleton Road, Nanuet, NY 10954, has knowledge of Bibeau, defunct Valley Services, Inc., and notices generated and transmitted by Plaintiffs for monthly capitated taxes dating back to February 1993 assessed under the auspices of section 9712 of the Internal Revenue Code of 1986, 26 U.S.C. § 9712, based on Valley Services, Inc.'s employment of Arthur Marcum.

1

(2) Steven R. Meyerson, Controller, Bibeau Construction Company, Inc., 231 South Middleton Road, Nanuet, NY 10954, has knowledge of some or all of the information described in item (1).

(3) Lorraine Lewis, Executive Director, UMWA Health and Retirement Funds, 2121 K Street, NW, Washington, DC 20037, has knowledge of some or all of the information described in item (1), "Valley Services, Inc. OGC Matter No. 98-3522," and all directives, instructions and formulations concerning setting/adjusting capitated tax rates that Plaintiffs have received from Congress or the Executive Branch since 1992.

(4) Dale R. Stover, Comptroller, UMWA Health and Retirement Funds, 2121 K Street, NW, Washington, DC 20037, has knowledge of some or all of the information described in items (1) and (3).

(5) Gary Walton, Organic Recycling, Inc., 117A Route 303, Tappan, NY 10903, has knowledge of Mr. Marcum's employment and the basis for his cessation of employment.

(6) Arthur Marcum, Jr., 126 Massena Court, McArthur, WV, has knowledge of the same information described in item (5) and his eligibility as a pensioner.

(7) Dorothy Kilbourne, 24 Orchard Lane, Port Jervis, NY, has knowledge of Valley Services, Inc. and Arthur Marcum's employment.

(B).    Those documents, data compilations, and tangible things that are in the possession of Bibeau that Bibeau may use to support its claims or defenses, unless solely for impeachment.

(1) None at this time.

(C) Not Applicable

(D) Not Applicable

Respectfully submitted,

/s/

_____
John R. Woodrum, D.C. Bar No. 933457
OGLETREE, DEAKINS, NASH,
    SMOAK & STEWART, P.C.
Fifth Floor
2400 N St., N.W.
Washington, D.C.  20037
202-887-0800

*Counsel for Defendant Bibeau Construction
Company, Inc.*