# EXHIBIT B

**PART 2**

Secretary of State of the State of
New Jersey, DO HEREBY CERTIFY that the foregoing is a true copy
of the CERTIFICATE OF INCORPORATION and the endorsements
thereon, as the same is taken from and compared with the original filed in
my office on the *Xerm* day of *May*
A.D. *1962* and now remaining on file and of record therein.

IN TESTIMONY WHEREOF, I have
hereunto set my hand and affixed my
Official Seal at Trenton, this *Xerm*
day of *May* , A.D. *1962* .

*Robert J. Burkhardt*
SECRETARY OF STATE

BOOK **199** PAGE **244**

CERTIFICATE OF INCORPORATION

D00043

A-1

CERTIFICATE OF INCORPORATION

OF

BIBEAU CONSTRUCTION CO., INC.

Dated:     April 27th 1962.

HARRY L. TOWE
550 Kinderkamack Road
Oradell, New Jersey

*Law Offices*

THE CHISHOLM PRINTING COMPANY, INC., 408 PEARL ST., N. Y.

D00044

RECEIVED

Mar  4  12 25 PM '52

Alexander Graham
BERGEN COUNTY CLERK

CERTIFICATE OF INCORPORATION

OF

RIVEAU CONSTRUCTION CO., INC.

6692

This is to certify that we, Ovila J. Ribeau, Robert A. Hamilton, Jr., and Jerome Proteur, do hereby associate ourselves into a corporation, under and by virtue of Title 14 of the Revised Statutes, and do severally agree to take the number of shares of capital stock set opposite our respective names.

(a)    The name of the corporation is "Riveau Construction Co., Inc.".

(b)    The location of the principal office in this State is at 404 South River Street, in the City of Hackensack, and County of Bergen.

(c)    The name of the agent therein and in charge thereof, upon whom process against this corporation may be served, is Jerome Proteur.

(d)    The objects for which this corporation is formed are as follows:

To carry on and conduct the business of builders and contractors, and to make, enter into, perform and carry out contracts for the purpose of building, constructing, altering, repairing, improving or doing any other work in connection with any and all classes of buildings and improvements of every sort and kind, whether above or beneath the surface; to acquire, use, employ, sell and deal in all suitable means, apparatus, machinery, equipment and facilities for prosecuting its business; to purchase property for investment or resale, and generally to sell and deal in land and property both real and personal; to enter into, make, per-

D00045

form and carry out contracts of every sort and kind, with any person, firm, association, corporation, private, public or municipal or body politic, and with the government of the United States, or any state, territory or colony thereof, or any foreign government;

To do all and everything necessary, suitable, convenient or proper for the accomplishment of any of the purposes, or the attainment of any one or more of the objects herein enumerated, or incidental to the powers herein named, or which shall at any time appear conducive or expedient for the protection or benefit of the company, either as holders of or interested in any property or otherwise, with all the powers now or hereafter conferred by the laws of said state upon corporations of the sort hereinabove referred to;

To do any or all of the things in this certificate set forth as objects, purposes, powers or otherwise, to the same extent and as fully as natural persons might or could do, and in any part of the world, as principals, agents, contractors, trustees or otherwise;

This corporation shall also have power to conduct its business in all its branches, have one or more offices, and unlimitedly to hold, purchase, mortgage and convey real and personal property in any State, Territory or colony of the United States and in any foreign country or place.

(c)    The total authorized capital stock of this corporation is five hundred shares of common stock without nominal or par value.

All or any part of said shares of common stock, without nominal or par value, may be issued by the corporation from time to time and for such consideration as may be determined upon and fixed by the Board of Directors, as provided by law.

-2-

D00046

(f)    The names and post office address of the incorpora-
tors and the number of shares subscribed for by each, the aggre-
gate of which (one hundred shares) is the amount of capital stock
with which this company will commence business, are as follows:

| Name | Post Office Address | Number Shares |
|------|---------------------|---------------|
| Ovila L. Bibeau | 138 North Taylor St., Bergenfield, N. J. | 49 |
| Robert A. Hamilton, Jr. | 490 Highwin Road, Englewood, N. J. | 49 |
| Jerome Frommer | 316 Fifth Street, Saddle Brook, N. J. | 2 |

(g)    The period of existence of this corporation is un-
limited.

IN WITNESS WHEREOF, we have hereunto set our hands and seals
the    27th    day of April, A. D., One Thousand Nine Hundred and
Sixty-five.

Signed, Sealed and
Delivered in the
Presence of:

Loretta G. Hummel

Ovila L. Bibeau                    (S)

Robert A. Hamilton, Jr.           (S)

Jerome Frommer                    (S)

D00047

STATE OF NEW JERSEY:
COUNTY OF ESSEX    :

I DO HEREBY CERTIFY, that on this 27th day of April 1962, before me, the subscriber, personally appeared OTHA L. HUMMEL, ROBERT A. HUMMEL, SR., and GRANT PROBERT, who I am satisfied are the persons named in and who executed the foregoing certificate, and I having first made known to them the contents thereof they did each acknowledge that they signed, sealed and delivered the same as their voluntary act and deed, for the uses and purposes therein expressed.

Loretta G. Hummel

My commission expires 1/18/65

ENDORSED
**FILED AND RECORDED**
**MAY 2 - 1962**
ROBERT J. BURKHARDT
Secretary of State

BOOK 199 PAGE 243

D00048



**Name:** VALLEY SERVICES, INC.

| | | | | | | |
|---|---|---|---|---|---|---|
| **Type:** | C | **Eff Date:** | 2/19/1968 | **Ch Type:** | F | **Term Date:** 6/11/1982 |
| **Sec Type:** | | **Fil Date:** | 2/19/1968 | **Class:** | P | **Term Reas:** C |

| Main | Additions | Officers | DBAs | Names | Mergers | Subsidiaries |
|---|---|---|---|---|---|---|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

Officer Information

| Incorporator | Secretary |
|---|---|
| . | . |
| . | . |
| . | . |
| City    State/Pr    Country    Zip | City    State/Pr    Country    Zip |
| . | . |

| Incorporator | Treasurer |
|---|---|
| . | . |
| . | . |
| . | . |
| City    State/Pr    Country    Zip | City    State/Pr    Country    Zip |
| | . |

| President | Director |
|---|---|
| . | . |
| . | . |
| . | . |
| City    State/Pr    Country    Zip | City    State/Pr    Country    Zip |
| . | . |

| Vice-President | Director |
|---|---|
| . | . |
| . | . |
| . | . |
| City    State/Pr    Country    Zip | City    State/Pr    Country    Zip |



Name:          VALLEY SERVICES, INC.

| | | | | | |
|---|---|---|---|---|---|
| Type: | C | Eff Date: | 2/19/1968 | Ch Type: | F | Term Date: | 6/11/1982 |
| Sec Type: | | Fil Date: | 2/19/1968 | Class: | P | Term Reas: | C |

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|---|---|---|---|---|---|---|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

**Address Information**

| Principal Office Address | Mailing Address |
|---|---|
| .<br>.<br>.<br>City   State/Pr   Country   Zip | .<br>.<br>.<br>City   State/Pr   Country   Zip |
| Local Office Address<br>MILL CREEK ROAD<br>City   State/Pr   Country   Zip<br>MARIETTA  OH              45750 | Mailing Address<br>.<br>.<br>.<br>City   State/Pr   Country   Zip |
| Notice of Process Address<br>.<br>.<br>City   State/Pr   Country   Zip<br>. | Mailing Address<br>.<br>.<br>.<br>City   State/Pr   Country   Zip |

D00067



**Betty Ireland**

SOS Home
On-Line Reference

| | | | | | |
|---|---|---|---|---|---|
| **Name:** | | VALLEY SERVICES, INC. | | | |
| **Type:** | C | **Eff Date:** | 2/19/1968 | **Ch Type:** | F | **Term Date:** | 6/11/1982 |
| **Sec Type:** | | **Fil Date:** | 2/19/1968 | **Class:** | P | **Term Reas:** | C |

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|---|---|---|---|---|---|---|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

**DBA Information**

| Eff Date | DBA Type | DBA Name | Term Date |
|---|---|---|---|

## No Records Found!

.

D00068



| Name: | | VALLEY SERVICES, INC. | | | | |
|---|---|---|---|---|---|---|
| Type: | C | Eff Date: | 2/19/1968 | Ch Type: | F | Term Date: | 6/11/1982 |
| Sec Type: | | Fil Date: | 2/19/1968 | Class: | P | Term Reas: | C |

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|---|---|---|---|---|---|---|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

Main

| Ch County: | 99 | Bus Purp: | | | AW/Term: | | Par Val: | 0 |
|---|---|---|---|---|---|---|---|---|
| | | Ch State: | OH | Ex Acres: 0 | Term Yrs: | | Auth Shrs: | 0 |
| | | | | Ctrl Num: 0 | Mgmt: | | Cap Stck: | 0 |

D00069



Name:          VALLEY SERVICES, INC.

Type:      C        Eff Date:    2/19/1968  Ch Type:    F        Term Date:      6/11/1982

Sec Type:           Fil Date:    2/19/1968  Class:      P        Term Reas:      C

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|------|-----------|----------|------|-------|---------|--------------|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

Name Change Information

Change Date        Old Name

## No Records Found!

D00070



**Name:** VALLEY SERVICES, INC.

| | | | | | |
|---|---|---|---|---|---|
| **Type:** | C | **Eff Date:** | 2/19/1968 | **Ch Type:** | F | **Term Date:** | 6/11/1982 |
| **Sec Type:** | | **Fil Date:** | 2/19/1968 | **Class:** | P | **Term Reas:** | C |

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|---|---|---|---|---|---|---|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

**Merger Information**

| Merger Date | Merged | Mer St/Prov | Survived | Surv St/Prov |
|---|---|---|---|---|

**No Records Found!**



Betty Ireland    SOS Home
On-Line Reference

Name:        VALLEY SERVICES, INC.
Type:        C        Eff Date:    2/19/1968 Ch Type:    F        Term Date:    6/11/1982
Sec Type:        Fil Date:    2/19/1968 Class:    P        Term Reas:    C

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|------|-----------|----------|------|-------|---------|--------------|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

Subsidiary Information

## No Records Found!

D00072



| Name: | | VALLEY SERVICES, INC. | | | | |
|---|---|---|---|---|---|---|
| Type: | C | Eff Date: | 2/19/1968 | Ch Type: | F | Term Date: | 6/11/1982 |
| Sec Type: | | Fil Date: | 2/19/1968 | Class: | P | Term Reas: | C |

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|---|---|---|---|---|---|---|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

**Amendment Information**

| Amend Date | Amendment |
|---|---|
| 10/7/1975 | AMENDMENT: CHANGE OF PRINCIPAL OFFICE TO CLEVELAND, CUYAHOGA COUNTY, OHIO; ROLL 100 |

**Records Found: 1**



Name:              VALLEY SERVICES, INC.
Type:        C        Eff Date:      2/19/1968 Ch Type:      F        Term Date:        6/11/1982
Sec Type:            Fil Date:      2/19/1968 Class:        P        Term Reas:        C

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
|------|-----------|----------|------|-------|---------|--------------|
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

**Annual Reports**

Date Filed        Filing For

## No Records Found!

D00074

Betty Ireland                                         SOS Home
                                                      On-Line Reference

Name:                VALLEY SERVICES, INC.
Type:        C       Eff Date:    2/19/1968 Ch Type:   F       Term Date:    6/11/1982
Sec Type:            Fil Date:    2/19/1968 Class:     P       Term Reas:    C

| Main | Addresses | Officers | DBAs | Names | Mergers | Subsidiaries |
| Amendments | Ann Reports | Dissolutions | Results | New Search | Logoff | |

**Dissolutions Information**

| Action Pndng | Stmt Date | Appr Req Date | Articles Date | ES Approval | WC Approval | Tax App |
|---|---|---|---|---|---|---|

**No Records Found!**

D00075



# State of West Virginia

## CERTIFICATE

*I, Robert D. Bailey, Secretary of State of the State of West Virginia, hereby certify that*

VALLEY SERVICES, INC.,

a corporation formed under the laws of the State of        Ohio

desiring to hold property and transact business in the State of West Virginia, has this day presented to me in my said office a duly certified copy of its Certificate of Incorporation, with all amendments and additions thereto, and has filed in my said office a writing, duly executed under its corporate seal, accepting the provisions of section seventy-nine of article one, chapter thirty-one of the Code of West Virginia and agreeing to be governed thereby.

WHEREFORE, I do declare that said corporation is duly authorized to hold property and transact business in the State of West Virginia.

*Given under my hand and the Great Seal of the said State at the City of Charleston, this*

(G. S.)                    NINETEENTH       *day of*

                          FEBRUARY,         19 68.

                    ROBERT D. BAILEY
                    *Secretary of State.*

D00079

NO. 125

Two copies of this Report should be made at the time of making
application to be authorized to do business in this State

APPLICATION AND PRELIMINARY REPORT

OF WORK

...OVALLEY SERVICES, INC....

TO

SECRETARY OF STATE OF WEST VIRGINIA

FOR THE CURRENT YEAR ENDING JUNE 30, 19 68 .

THE   ...OVALLEY SERVICES, INC....

a corporation incorporated under the laws of the State of   ...OHIO...   on the

seth the day of  MAY  1962   . files herewith a copy of its

ORGANIZATION OF INCORPORATION...
(Articles of association or certificate of incorporation)

and all amendments thereto, and hereby applies to the Secretary of State of the State of West

Virginia, under the provisions of Section 79 of Article 1 of Chapter 31 of the Code, for a

certificate of authority to hold property and transact business in the State of West Virginia

and, pursuant to the requirements of Section 81 of Article 12 of Chapter 11 of the Code, sub-

mits the following Preliminary Report:

The post office address of its principal office is    MILL CREEK ROAD     .

. _ MARIETTA,  OHIO  45750 ...... .   .

The name    post office address of the President is   DEAN E. LOVETT    _ __

110 MUSKINGUM DRIVE,  MARIETTA,  OHIO . 45750  _.

Name and post office address of the Secretary is     DONALD P. HADDOX...._ ._

601 WASHINGTON STREET    MARIETTA,  OHIO  45750 _. . _._

The number of shares of its authorized capital stock having a par value is  250 ;

the par value of each share is $ 100.00  . : the number of shares of such capital stock

issued and outstanding is   250      , amounting to $  25,000.00   .

The number of shares of its authorized capital stock having no par value is  None  ;

the number of shares of such capital stock authorized to be issued is   None   .

and the consideration fixed for the issue of each share of the same by the charter or by the

board of directors is    None      ,. and the number of shares thereof issued and

outstanding is     None    ... _ .

D00080

(1) The value of the property owned and used in the State of West Virginia is
$ None prior to 1-16-68   situated and composed of as follows:

None - Please see answer to No. 2

(2) The value of its property it expects to have in the State of West Virginia during the

license tax year ending June 30, 19 68 and where it will be situated and of what it will
consist are as follows:   The following equipment was moved into Preston County about 1/10/68
1-67 CAT D-8c Tractor w/cable F ,470.00
1-67 -8 CAT Tractor-Dozer $8,000.   1-68 CAT w 40 Pull Pan $1,500.
1-67 -68 CAT Tractor-Dozer w/dinch $4,000.  Small Equipment $ 2,000
1-67 112A -3/4 Shovel w/Truck-Hoe 14,000.00
1-67 D-7-17A CAT Tractor-Dozer $4,647.00
1-67 Trailmob Field Office Trailer $1,000.00

(3) The number of acres of land it desires to hold in the State of West Virginia is
NONE   acres.

(4) The value of its property owned and used outside of the State of West Virginia is
$ 110,000.00

(5) The proportion of its capital stock which is represented by property owned and used
in the State of West Virginia is  approximate   per cent.

(6) The assessed value of its property located in the State of West Virginia is
$ None   located and assessed as follows:

NOTE: Contract awarded by Monongahela Conservation Dist., State of
West Va., January 1, 1968, for work in Preston County, West Va., near
Reedsville. Equipment on cost basis of $ 32,544.00   is in process
of being moved onto job site.

I, DEAN E. LOVETT,   do solemnly swear that the fore-
going report is true to the best of my knowledge and belief.

Given under my hand and the corporate seal of said corporation this   15th   day of

FEBRUARY   1968 .

    AFFIX
(CORPORATE SEAL)       VALLEY SERVICES, INC.

        By

Subscribed and sworn to before me, a Notary Public in and for  STATE OF OHIO, COUNTY OF
WASHINGTON   this  15th   day of   FEBRUARY   , 19 68 , in my county
aforesaid.
    AFFIX
(OFFICIAL SEAL)                    Notary Public

My Commission expires   September 30, 1968 .

License tax assessed for the year ending June 30, 19 68  $.

License tax assessed for the year ending June 30, 19   $.

Feb. 19, 1968
Dean E. Lovett, Pres.                        Secretary of State.
BJCP.                      By

NOTES: If the property at (1) is the same as that at (4) the blank at (6) only need be filled. At (2)
state carefully value of property the corporation expects to have in the state, where it will be situated and
describe the kind of property.

West Virginia

ACCEPTANCE OF SECTION 79, ARTICLE 1,

CHAPTER 31, OF THE CODE OF WEST VIRGINIA

BY

VALLEY SERVICES, INC,   MILL CREEK ROAD, MARIETTA, OHIO
45750

A FOREIGN CORPORATION ORGANIZED UNDER

THE LAWS OF THE STATE OF    ooOHIOoo

I,    oooDEAN E. LOVETToooo    ............., President of .................
.. ...........oooVALLEY SERVICES, INC.ooo ...... .............................

a corporation created and organized under the laws of the State of ...ooOHIOoo.........
.......... ..... ... ......... hereby certify to the Secretary of State of the State of West

Virginia, that, at a meeting of the board of directors of said corporation, regularly

held at the office of the corporation on the ...3rd.... day of ..February...., 19 68.,

the following resolution was adopted:

"RESOLVED, by the board of directors of .............................. ........................
....... ........oooVALLEY SERVICES, INC.ooo ................... .............,

a corporation created and organized under the laws of the State of ..ooOHIOoo

.........................., that, whereas said corporation desires authority

to hold property and transact business in the State of West Virginia, the said

corporation hereby accepts the provisions of section seventy-nine of article one

of chapter thirty-one of the Code of West Virginia and agrees to be governed

thereby."

Given under my hand and the seal of said corporation, this ........ooo15thooo........
day of ........February........ ., 19 68 ..

(Signed) ...........................................
                    President

AFFIX                    ...........oooVALLEY SERVICES, INC.ooo
CORPORATE
SEAL

D00082



D00083

Fort.    The n   er of shares which the corporation is authorized to have outstanding is

       m  ne dred Po... ..... Shares of ..... .. ... ... of One hundred

           ...  .. .. .. ...

       ...   .. ...  ... ated capital with whi... the corporation sh... beg.. ...... is

       .... .. ..... ...... .. Dollars ($ .... ... )

IN WITNESS WHEREOF, We have hereunto subscribed our names, this  ..... ....  day

.f ........ ... .. 18 ..

                              ...m  of ...  ...... .. ...

                              *Kork M. Creccians*

                              *Jesse E. Leath*

INCORPORATOR    (ALSO SHOULD BE TYPED OR PRINTED BENEATH SIGNATURES)

N R..   .. .. .. .... .. .....   ...  ...  accompanied by form designating statutory agent. See Section .. .. ..
    Ac.... ...le of ....

F..m . ...   ...

D  ID -->    E086_0350

E056 -0352

Number 310419
Approved by
Date 8-20-75
Fee 25∞

# Certificate of Amendment

## TO ARTICLES OF

~~OVILA L. BIBEAU~~ VALLEY SERVICES, INC.

OVILA L. BIBEAU _____ President (_____) and DOROTHY S. BIBEAU _____

Secretary (_____) of VALLEY SERVICES, INC. _____ an Ohio
corporation, with its principal office located at Marietta, Washington County _____ Ohio, do
hereby certify that * [a meeting of the holders of the shares of said corporation entitling them to vote
on the proposal to amend the articles of incorporation thereof, as contained in the following resolution,
was duly called and held on the ___ 24th ___ day of ___ JULY ___, 19 75, at which
meeting a quorum of such shareholders * [and such class thereof] was present in person or by proxy,

and that by the affirmative vote of the holders of shares entitling them to exercise ___ 100% _____ of
the voting power of the corporation on such proposal * [and in addition thereto by the affirmative vote

of the holders of ____ 100% _____ of _____
writing signed under the provisions of Section 1701.31 of the Revised Code by all of the shareholders
who would be entitled to a notice of a meeting held for such purpose] the following resolution was
adopted to amend the articles:

TO CHANGE LOCATION OF PRINCIPLE OFFICE FROM MARIETTA,
WASHINGTON COUNTY, TO CLEVELAND, CUYAHOGA COUNTY, OHIO

BE IT RESOLVED THAT THE ARTICLES OF INCORPORATION
BE AMENDED TO PROVIDE THAT THE PRINCIPLE OFFICE
OF THIS CORPORATION SHALL BE LOCATED IN "CLEVELAND,
CUYAHOGA COUNTY, OHIO"

IN WITNESS WHEREOF, said ___ OVILA L. BIBEAU _____ President (or Vice
President), and DOROTHY S. BIBEAU _____ Secretary (_____), of
VALLEY SERVICES, INC. _____, acting for and on behalf of said corporation, have
hereunto subscribed their names and caused the seal of said corporation to be hereunto affixed this 24th

day of ___ JULY ___, 19 75        By _____
                                                President (or Vice President)

                                         By _____
                                                Secretary (_____)

(Ohio - 613 = 7/11/71)        *Strike phrases inapplicable

D00089