# **EXHIBIT D**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, A. FRANK DUNHAM, and ELLIOT A. SEGAL as Trustees of the United Mine Workers of America 1992 Benefit Plan,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY SERVICES, INC. and BIBEAU CONSTRUCTION COMPANY, INC.,<br><br>Defendants. | Civil Action No. 1:06CV00178-RMU |

## DEFENDANT BIBEAU CONSTRUCTION COMPANY, INC.'S RESPONSES TO PLAINTIFFS' REQUEST FOR ADMISSIONS

Defendant Bibeau Construction Company, Inc., through undersigned counsel and pursuant to Federal Rule of Civil Procedure 36 and Local Civil Rule 26.2(d), provides the following response to Plaintiffs' Request for Admissions served by mail on March 12, 2007.

1. Ovila L. Bibeau is an officer and/or director of Defendant Bibeau Construction Company, Inc.

    Admit.

2. Ovila L. Bibeau is or was the president of Defendant Valley Services, Inc.

    Admit, with the qualification that Ovila L. Bibeau was president of putative unserved, defunct defendant Valley Services, Inc. prior to its dissolution approximately 27 years ago.

3. Dorothy Bibeau is or was the vice president of Defendant Valley Services, Inc.

    Defendant Bibeau Construction Company, Inc. is unable after reasonable inquiry to ascertain the former officer status of Dorothy Kilbourne (formerly Bibeau)

1

beyond corporate records maintained by the Ohio Secretary of State that identify her as "Secretary" of Valley Services, Inc. prior to its dissolution in or around 1979.

4. Defendant Valley Services was engaged in operating a certain coal mine or mines in and/or about Wyoming County, West Virginia.

   Admit. *See* www.msha.gov (MSHA Mine ID: 4604226)

5. On or about April 24, 1978, Defendant Valley Services, Inc. signed the National Bituminous Coal Wage Agreement of 1978.

   Defendant Bibeau Construction Company, Inc. is presently without adequate records to admit or deny the request.

6. A true and correct copy of the National Bituminous Coal Wage Agreement of 1978, which Defendant Valley Services, Inc. signed, is attached hereto as Exhibit A.

   Deny. No Exhibit A or other accompanying document(s) was attached to Plaintiffs' Request for Admissions, as served.

7. On May 20, 1980, Defendant Valley Services, Inc. advised the Plaintiffs that Defendant Valley Services, Inc. was no longer in business as of November 9, 1979.

   Defendant Bibeau Construction Company, Inc. is without information to admit or deny what Valley Services, Inc. may have done on the date specified, but notes that Plaintiff UMWA 1992 Benefit Plan did not exist on the date specified.

8. A true and correct copy of this notification is attached hereto as Exhibit B.

   Deny. No Exhibit B or other accompanying document(s) was attached to Plaintiffs' Request for Admissions, as served.

9. On November 9, 1979, Ovila L. Bibeau owned 100% of Defendant Valley Services, Inc.

   Deny.

10. On November 9, 1979, Ovila L. Bibeau owned 100% of Defendant Bibeau Construction Company, Inc.

    Admit.

11. On December 6, 2004, Plaintiffs notified Defendant Bibeau Construction Company, Inc. that Defendant Valley Services, Inc. was delinquent in making payments to the Plaintiffs in the principal amount of $86,478.98.

Deny. Defendant Bibeau Construction Company, Inc. appears to have first received notice of a claimed delinquency by Valley Services, Inc in or around mid-2005.

12. A true and correct copy of this letter is attached hereto as Exhibit C.

Deny. No Exhibit C or other accompanying document(s) was attached to Plaintiffs' Request for Admissions, as served.

13. Defendant Bibeau Construction Company, Inc. has not made payments to the UMWA 1992 Benefit Plan as required by the Coal Industry Retiree Health Benefit Act of 1992 ("Coal Act").

Admit that no payments have been made to the UMWA 1992 Benefit Fund, but deny that premiums under section 9712 of the Coal Act are owed and further that payment must be made while Defendant is challenging in court the legality of the assessment.

Respectfully submitted,

John R. Woodrum, D.C. Bar No. 933457
W. Gregory Mott, D.C. Bar No. 438200
OGLETREE, DEAKINS, NASH,
  SMOAK & STEWART, P.C.
Fifth Floor
2400 N St., N.W.
Washington, D.C. 20037
202-887-0800

*Counsel for Defendant Bibeau Construction Company, Inc.*

3

## VERIFICATION

State of _South Carolina_ )
County of _Aiken_ )

I, _Ovila L. Bibeau_, being duly sworn, deposes and states that the attached Answers to Plaintiffs' Request for Admissions are true and correct to the best of my knowledge, information and belief.

_____
Signature of person answering

Ovila L. Bibeau
Typed or legibly printed name

_231 So. Maaryb ____
_Nanuet, N.Y. 10954_
Address

President, Bibeau Construction Co., Inc.
Title or position of person answering.

Subscribed and Sworn to before me this _5th_ day of _April_, 2007.

_____
Notary Public
My Commission Expires June 15, 2011

My commission expires. _____

5

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, A. FRANK DUNHAM, and ELLIOT A. SEGAL as Trustees of the United Mine Workers of America 1992 Benefit Plan, <br><br> Plaintiffs, <br><br> v. <br><br> VALLEY SERVICES, INC. and BIBEAU CONSTRUCTION COMPANY, INC., <br><br> Defendants. | Civil Action No. 1:06CV00178-RMU |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 11th day of April, 2007, I caused a copy of Defendant's Responses to Plaintiffs' Request for Admissions and Defendant's Responses to Plaintiffs' First Set of Interrogatories to be served by hand on the following counsel of record:

Kathleen B. Burns
Senior Associate Counsel
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K St., N.W.
Washington, D.C. 20037

_W. Gregory Mott_
W. Gregory Mott