# **EXHIBIT E**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, A. FRANK DUNHAM, and ELLIOT A. SEGAL as Trustees of the United Mine Workers of America 1992 Benefit Plan,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY SERVICES, INC. and BIBEAU CONSTRUCTION COMPANY, INC.,<br><br>Defendants. | RECEIVED<br><br>MAY 21 2007<br><br>OFFICE OF THE<br>GENERAL COUNSEL |

**DEFENDANT BIBEAU CONSTRUCTION COMPANY, INC.'S RESPONSES TO PLAINTIFFS' SUPPLEMENTAL REQUEST FOR ADMISSIONS**

Defendant Bibeau Construction Company, Inc., through undersigned counsel and pursuant to Federal Rule of Civil Procedure 36 and Local Civil Rule 26.2(d), provides the following response to Plaintiffs' Supplemental Request for Admissions served by mail on April 17, 2007.

1. On or about April 24, 1978, Defendant Valley Services, Inc. signed the National Bituminous Coal Wage Agreement of 1978.

    Admit.

2. A true and correct copy of the National Bituminous Coal Wage Agreement of 1978, which Defendant Valley Services, Inc. signed, is attached hereto as Exhibit A.

    Deny, with the qualification that the National Bituminous Coal Wage Agreement of 1978 contained 29 Articles. Exhibit A containing several excerpts thereof.

3. On May 20, 1980, Defendant Valley Services, Inc. advised the Plaintiffs that Defendant Valley Services, Inc. was no longer in business as of November 9, 1979.

1

    Defendant Bibeau Construction Company, Inc. is without information to admit or deny what Valley Services, Inc. may have done on the date specified, besides apparently signing and notarizing a "NO LONGER IN BUSINESS LETTER" on 1950 & 1974 Pension and Benefit Trust stationary. Defendant further notes that Plaintiff UMWA 1992 Benefit Plan did not exist on the date specified and part of the date on the Rockland County, New York notary's stamp appears to have been added by hand.

4. A true and correct copy of this notification is attached hereto as Exhibit B.

    Admit, with the qualification noted above and the further qualification that none of the trustees of the 1950 and 1974 Pension and Benefit Trust named in the 1980 "NO LONGER IN BUSINESS LETTER" are Plaintiffs in the instant lawsuit. Defendant Bibeau Construction Company, Inc. hereby amends its prior response to Plaintiffs' Request for Admissions No. 3 in recognition of Dorothy Kilbourne (formerly Bibeau) apparently having signed such letter 27 years ago in the capacity of "Vice President" of Valley Services, Inc.

5. On December 6, 2004, Plaintiffs notified Defendant Bibeau Construction Company, Inc. that Defendant Valley Services, Inc. was delinquent in making payments to the Plaintiffs in the principal amount of $86,478.98.

    Deny, with the qualification that Plaintiffs appear to have first notified Defendant of a claimed delinquency by long defunct Valley Services, Inc. by certified letter containing a date of December 6, 2004, directed to Ovila L. Bibeau at his personal residence in Pine Bush, New York, a copy of same being appended to Plaintiffs' Supplemental Request for Admissions as Exhibit C, along with a Domestic Return Receipt bearing the restricted delivery date as "12-15-04." Accordingly, Defendant Bibeau Construction Company, Inc. hereby amends its prior response to Plaintiffs' Request for Admissions No. 13.

2

Respectfully submitted,

*[signature]*

John R. Woodrum, D.C. Bar No. 933457
W. Gregory Mott, D.C. Bar No. 438200
OGLETREE, DEAKINS, NASH,
   SMOAK & STEWART, P.C.
Fifth Floor
2400 N St., N.W.
Washington, D.C. 20037
202-887-0800

*Counsel for Defendant Bibeau Construction Company, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, A. FRANK DUNHAM, and ELLIOT A. SEGAL as Trustees of the United Mine Workers of America 1992 Benefit Plan,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY SERVICES, INC. and BIBEAU CONSTRUCTION COMPANY, INC.,<br><br>Defendants. | Civil Action No. 1:06CV00178-RMU |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 18th day of May, 2007, I caused a copy of Defendant Bibeau Construction Company, Inc.'s Responses to Plaintiffs' Supplemental Request for Admissions to be served by hand on the following counsel of record:

Kathleen B. Burns
Senior Associate Counsel
UMWA Health & Retirement Funds
Office of the General Counsel
2121 K St., N.W.
Washington, D.C. 20037

_____
W. Gregory Mott