IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, et al.,<br><br>         Plaintiffs,<br>   v.<br><br>VALLEY SERVICES, INC.<br><br>and<br><br>BIBEAU CONSTRUCTION COMPANY, INC.<br><br>         Defendants. | Civil Action No. 1:06-cv-00178-RMU |

## **ORDER**

Plaintiffs, Trustees of the United Mine Workers of America ("UMWA") 1992 Benefit Plan ("the 1992 Plan"), have submitted Plaintiffs' Motion For Summary Judgment for adjudication by this Court.  Upon mature consideration of the record of this case, the Court finds that there is no genuine issue of material fact and concludes that Plaintiffs are entitled to judgment as a matter of law.  The Court finds that Valley Services, Inc. is the assigned beneficiaries' last signatory operator under Section 9701(c)(1) of the Coal Industry Retiree Health Benefits Act of 1992 ("Coal Act"), 26 U.S.C. § 9701(c)(1).  The Court further finds that Valley Services, Inc. and Bibeau Construction Company, Inc. are related persons within the meaning of Section 9701(c)(2)(A)(i) of the Coal Act, 26 U.S.C. § 9701(c)(2)(A)(i), resulting in joint and several liability for the debt owed to Plaintiffs by Valley Services, Inc.

It is accordingly **ORDERED** that Plaintiffs' Motion for Summary Judgment is granted, and it is further

**ORDERED** that Plaintiffs recover from Defendants (1) the unpaid monthly per-beneficiary premiums due the 1992 Plan through August 15, 2007 pursuant to Section 9712(d) of the Coal Act, 26 U.S.C. § 9712(d), in the principal amount of $120,625.15; (2) interest through August 15, 2007 on said unpaid contributions in the amount of $47,392.91; (3) liquidated damages in the amount of $47,392.91; (4) additional accrued interest from August 16, 2007 through the date of this Order at the rate of $26.44 per day; and (5) reasonable attorney's fees and costs of $341.00 through August 27, 2007; and it is further

**ORDERED** that Defendants timely pay their contributions to the 1992 Plan as they become due, beginning with the next monthly installment due on the 15th day of September and continuing thereafter on the 15th day of each month; and it is further

**ORDERED** that post-judgment interest will continue to accrue until the date that the judgment is satisfied; and it is further

**ORDERED** that Plaintiffs shall have thirty (30) days from the date of this Order to submit their accounting of additional costs and reasonable attorney's fees.

It is accordingly **ORDERED**, **ADJUDGED** and **DECREED** that judgment be and the same is hereby entered in favor of Plaintiffs and against Defendants in the total amount of $215,751.97, additional accrued and post-judgment interest, costs and reasonable attorney's fees.

ENTERED this ____ day of _____, 200__.

_____
RICARDO M. URBINA
UNITED STATES DISTRICT COURT JUDGE