**LISTING OF EXHIBITS
ATTACHED TO
MEMORANDUM OF POINTS AND AUTHORITIES
IN SUPPORT OF DEFENDANT
BIBEAU CONSTRUCTION COMPANY, INC.'S
MOTION FOR SUMMARY JUDGMENT**

1. UMWA 1992 Benefit Plan's Disability Summary – Initial Review for Arthur Marcum, Jr.

2. Declaration of Ovila L. Bibeau dated September 10, 2007

3. UMWA Health and Retirement Funds "No Longer in Business Letter"

4. Social Security Administration Wage Records for Arthur Marcum

5. Relevant Portions of the National Bituminous Coal Wage Agreement of 1978

6. Letter dated February 8, 1995 from the UMWA Health and Retirement Funds to Arthur Marcum, Jr.

7. Letter dated April 4, 1995 from the UMWA Health and Retirement Funds to Arthur Marcum, Jr.

8. Plaintiffs' Response to Defendant Bibeau Construction Company, Inc.'s First Set of Interrogatories

9. Appendix to the National Bituminous Coal Wage Agreement of 1978 for Valley Services, Inc.

10. Declaration of Karin C. O'Keefe dated September 9, 2007

11. Plaintiffs' Supplemental Responses to Defendant Bibeau Construction Company, Inc.'s First Set of Interrogatories and First Request for Production of Documents

12. UMWA Health and Retirement Funds InterOffice Correspondence dated February 4, 2001 regarding Valley Services, Inc. searches

13. UMWA Health and Retirement Funds Letter dated December 6, 2004 to Ovila L. Bibeau and Pete Bibeau regarding Valley Services, Inc. – UMWA 1992 Benefit Plan Per Beneficiary Premiums

14. Calculation of Monthly Per Beneficiary Premiums Due at December 15, 2006 and for Subsequent Month for Valley Services, Inc.

15. Declaration of W. Gregory Mott dated September 10, 2007

16. MSHA Data Retrieval System Report Selection Page for Valley Services, Inc.

17. IRS Form W-2 for Arthur Marcum, Jr.

18. UMWA Health and Retirement Funds Health Services Card Application and Maintenance Form

19. December 10, 1999 News Article from The Journal News (Westchester County, NY) With Headline "845; County gets new area code in June."

20. UMWA Health and Retirement Funds letter dated December 2004 to Arthur Marcum, Jr. regarding Health Services Card

2