**EXHIBIT 1**

## Disability Summary—Initial Review

**Applicant's name:** Arthur Marcum, Jr.

**Health services identification number:** [redacted]
**Date of birth:** [redacted]
**Field service office:** Beckley

**Was the applicant involved in a mining accident which meets the specifications of Q&A 252?** ☒ yes ☐ no

| Date of accident | Period of time off work (receiving comp.) | Classified/Signatory? |
|---|---|---|
| 09/25/79 | From 09/26/79 To 09/29/80 | ☒ yes ☐ no |
| Date of previous accident | From 04/22/82 To 10/04/82 | ☒ yes ☐ no |
| Date of previous accident | From       To | ☐ yes ☐ no |
| Date of previous accident | From       To | ☐ yes ☐ no |

**Description of injuries**
1. When a high wall fell to the ground, Mr. Marcum jumped from his dozer and injured [redacted]
2.
3.

**Last day worked in coal industry:** 04/21/82

**After leaving the coal industry, was the applicant involved in non-coal employment?** ☒ yes ☐ no

If yes, explain: Mr. Marcum worked as a plumber's helper, carpenter's helper and as a landscaper after leaving the coal industry.

**Was the applicant award Social Security Disability Title II Insurance benefits?** ☒ yes ☐ no
**Date of onset:** 08/31/88

**Effective date of pension, if approved:** 09/01/88
**Years of service in the coal industry:** 2 ¾

**Summary prepared by:** Dana Ferguson
**Date:** 01/06/95

118-0992

BENEFICIARY:                                           Arthur Marcum, Jr.

CLAIM:                                                 Disability Pension

EVENT SUMMARY:

Mr. Marcum, a forty-four year old former miner, claims disability as the result of a mining accident which occurred on September 25, 1979, while he was engaged in classified work for a signatory employer. He jumped from his dozer and injured ▓▓▓▓ when a high wall fell to the ground causing him to be off work from the date of injury through September 29, 1980 and again from April 22, 1982 through October 4, 1982. ▓▓▓▓



This applicant's last date to work in the mines is listed as April 21, 1982, with it noted that the applicant then worked outside the coal industry as a plumber's helper, carpenter's helper, and a landscaper.

The disability analysis that follows represents Mr. Marcum's initial claim of entitlement to a Funds' disability pension.

CAUSAL LINK:

In accordance with Plan provisions, Mr. Marcum sustained injury ▓▓ as the result of a mining accident which occurred in September of 1979. The record indicates that a wall began to fall, while he was driving a dozer, requiring him to jump from the dozer, causing injuries ▓▓▓▓

Arthur Marcum

Page 2



Consequently, based upon the aforementioned reasons, a full clinical summary has been waived since I am able to establish the existence of a causal link between the mining accident in September of 1979 and the disabling diagnosis

Therefore, I am able to respond favorably regarding this applicant's initial claim of entitlement to a Funds' disability pension.

CONCLUSION:

It is my conclusion that Mr. Marcum is totally disabled due to a mining accident. It is my recommendation that he be awarded a 1974 Pension Plan Disability pension.

Linda J. Wirta, R.N.
Disability Pension Analyst

Date 1/30/95