**EXHIBIT 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHAEL W.            )
BUCKNER, A. FRANK DUNHAM and              )
ELLIOT A. SEGAL, as TRUSTEES OF THE       )
UNITED MINE WORKERS OF AMERICA            )
1992 BENEFIT PLAN,                        )
                                          )
        Plaintiffs,                    )   No. 1:06-cv-00178-RMU
                                          )
v.                                        )
                                          )
VALLEY SERVICES, INC.                     )
                                          )
  and                                     )
                                          )
BIBEAU CONSTRUCTION COMPANY, INC.,        )
                                          )
        Defendants,                    )
                                          )

## DECLARATION OF OVILA L. BIBEAU

I, Ovila L. Bibeau, being duly sworn and over the age of 18, make this declaration based on personal knowledge and state as follows:

1. I am a resident of New York. My home address is 386 Route 302, Pine Bush, NY 10965. I am currently 76 years old and have both owned and managed a number of businesses over the past 46 years. I am the owner and President of Bibeau Construction Co., Inc.

2. For a short time in the late 1970s I owned a company called Valley Services, Inc., which engaged in coal mining-related work. To the best of my recollection, I acquired Valley Services in or around 1975. My ex-wife was also a shareholder. Valley Services was not profitable and I shut it down in late 1979. Virtually no records remain for Valley Services. The last of the files that I had saved were soiled when my basement flooded in 2002 after heavy rains. I instructed the clean up crew to throw them out.

1

3.  Valley Services' hourly employees were represented by the United Mine Workers of America, and the company was signatory to the standard UMWA wage agreement. Right after Valley Services shutdown, I went to West Virginia and met personally with UMWA district officials and laid off Valley Service miners in an American Legion hall in Wyoming County. We stayed at the hall until we processed and resolved each claim for wage or fringe benefit underpayments by the company's employees. I returned to New York, and the next day sent checks to miners and the UMWA in full satisfaction of the company's debts.

4.  Having paid all of its debts, Valley Services wound down, dissolved and completed distributing its assets not later than 1982.

5.  My 1979 meeting was my last contact with the UMWA for nearly 25 years. In late December 2004 I got an extraordinary letter from the United Mine Workers saying my company, Bibeau Construction Co., Inc. owed $86,000 in health benefits payments accruing since February 1993 for a retired coal miner named Arthur Marcum, Jr. and his daughter.

6.  Since the 1960s, Bibeau Construction has operated in and around the Hudson Valley with various unions --Teamsters, Operators, Laborers-- bidding and performing construction projects wholly unrelated to coal mining. It has never performed coal mine construction work, and has never been in or remotely connected to the coal business. It has never been a member of the Bituminous Coal Operators' Association that made promises to the UMWA regarding miners' wages and benefits and never bargained with the UMWA over the terms and conditions of miners' benefits in retirement.

7.  Bibeau Construction never filed a consolidated federal or state income tax return with Valley Services, never received any financial benefit from Valley Services, and never employed Mr. Marcum or otherwise benefited from his services in any way.

8. While I owned Valley Services, it and Bibeau Construction shared the same published phone number -- (914) 735-9535 -- and office space in Spring Valley, New York. That office was demolished in the early 1980s. Bibeau Construction later moved five miles away to 231 S. Middletown Road, Nanuet, New York carrying over the (914) 735-9535 phone number. Bibeau Construction has been at that location for at least the past 15 years.

9. I have always instructed Bibeau Construction Co.'s receptionist to answer every incoming call to our general number "Bibeau Construction." Therefore, had anyone called Valley Services' phone number prior to 2001, they would have been informed that they had reached Bibeau Construction Co. In 2000 our area code was changed to (845), but our base number (735-9735) has never changed.

I declare, under penalty of perjury that the foregoing is true and correct this 10 day of September 2007.

OVILA L. BIBEAU

3