**EXHIBIT 3**

United Mine Workers of America Health and Retirement Funds
2021 K Street, N.W.
Washington, D.C. 20006
202-452-5000

JUN 2 1980

## NO LONGER IN BUSINESS LETTER

1950 & 1974 Pension Trusts
1950 & 1974 Benefit Trusts

Board of Trustees
Julius Mullins, Chairman
Kenneth L. Houck, Trustee
Paul R. Dean, Trustee

As __VICE PRESIDENT__ of the __VALLEY SERVICES, INC.__,
    title                          Company Name

I am authorized to state that the __VALLEY SERVICES, INC.__ is
                                      Company Name

no longer in business. The Company has not received any income from the production, sale or transportation of coal or any related activities since __11/9/79__, and the company does not intend
                          date

to resume any of the above activities.

I am aware that the Trustees of the UMWA 1974 Benefit Trust will presently authorize payment of medical and other benefits for eligible former employees of the __VALLEY SERVICES, INC.__
                                                       Company Name

and their dependents according to the provisions of the amended 1974 Benefit Plan and Trust. I understand that payment of those benefits will be made in reliance upon this statement that the __VALLEY SERVICES, INC.__ is no longer in business.
     Company Name

_____
Signature, V. Pres.

_____
Notary Public
ROBERT H. MOLATOH
Notary Public, State of New York
Residing in Rockland County
Commission Expires March 30, 1982

5/20/80
_____
Date Notarized

United Mine Workers of America Health and Retirement Funds
2021 K Street, N.W.
Washington, D.C. 20006
202-452-5000

May 19, 1980

1950 & 1974 Pension Trusts
1950 & 1974 Benefit Trusts

Board of Trustees
Julius Mullins, Chairman
John J. O'Connell, Trustee
Paul R. Dean, Trustee

Valley Services, Inc.
216 Red School House
Spring Valley, NY  10977

Dear Sir:

In order to complete our files would you furnish the information requested on the attached form and return it to this office in the enclosed self-addressed envelope which requires no postage.

Sincerely,

*Carl E. Weis*

Carl E. Weis
Manager, Eligibility Special Programs
Regional Operations and Health Affairs

CEW:ll

Enclosures

| | |
|---|---|
| **SENDER:** Complete items 1, 2, and 3. Add your address in the "RETURN TO" space on reverse. | **SENDER:** Complete items 1, 2, and 3. Add your address in the "RETURN TO" space on reverse. |
| 1. The following service is requested (check one).<br>☐ Show to whom and date delivered..........¢<br>☐ Show to whom, date, and address of delivery.....¢<br>☐ RESTRICTED DELIVERY<br>Show to whom and date delivered..........¢<br>☐ RESTRICTED DELIVERY.<br>Show to whom, date, and address of delivery. $____<br>(CONSULT POSTMASTER FOR FEES) | 1. The following service is requested (check one).<br>☐ Show to whom and date delivered..........¢<br>☐ Show to whom, date, and address of delivery.....¢<br>☐ RESTRICTED DELIVERY<br>Show to whom and date delivered..........¢<br>☐ RESTRICTED DELIVERY.<br>Show to whom, date, and address of delivery. $____<br>(CONSULT POSTMASTER FOR FEES) |
| 2. ARTICLE ADDRESSED TO:<br>Valley Service Inc.<br>216 Red School House<br>Spring Valley, NY 10977 | 2. ARTICLE ADDRESSED TO:<br>Valley Services, Inc.<br>216 Red School House<br>Spring Valley, NY 10977 |
| 3. ARTICLE DESCRIPTION:<br>REGISTERED NO. \| CERTIFIED NO. 153803 \| INSURED NO. | 3. ARTICLE DESCRIPTION:<br>REGISTERED NO. \| CERTIFIED NO. 153822 \| INSURED NO. |
| (Always obtain signature of addressee or agent)<br>I have received the article described above.<br>SIGNATURE ☒ Addressee ☐ Authorized agent<br>[signature] | (Always obtain signature of addressee or agent)<br>I have received the article described above.<br>SIGNATURE ☒ Addressee ☐ Authorized agent<br>[signature] |
| 4. DATE OF DELIVERY 5/16/80 | POSTMARK SPRING VALLEY NY MAY 16 1980 | 4. DATE OF DELIVERY 5/23/80 | POSTMARK SPRING VALLEY NY MAY 23 1980 |
| 5. ADDRESS (Complete only if requested) | 5. ADDRESS (Complete only if requested) |
| 6. UNABLE TO DELIVER BECAUSE: | CLERK'S INITIALS | 6. UNABLE TO DELIVER BECAUSE: | CLERK'S INITIALS |
| ☆ GPO: 1978-272-362 | ☆ GPO: 1978-272-362 |

PS Form 3811, Aug. 1978 — RETURN RECEIPT, REGISTERED, INSURED AND CERTIFIED MAIL