**EXHIBIT 4**

```
* * * * * *      R E C      0 0 1 6 8 2 6    D Y F       9 1 1 3 5        0 5 2 8

NH NAME     ARTHUR MARCUM
INPUT         05/14/91    BECKLEY WV                      SN            PG 003+
              69 N*CC    2919.49 H      8580.41           DO:313  UN:CR4  MOD:
              70 CCCC    6883.46 H     19274.08
              71 CCCC    2889.57 L      7703.86
   9000       72 CCCC    3210.01 H      7794.33
  10800       73 CN*N     820.44        1874.83
  13200       74 CNCC    3210.74 L      6925.35
  14100       75 CCCC    7968.52 H     15992.42
  15300       76 CCCC    7275.78 H     13659.37
  16500       77 NCCC    4411.95 H      7814.66
  17700  250  78 CCCC/   7844.60 H     12872.52
  22900  260  79 CCCC   19562.98 H     29529.93
  25900  290  80 NNNN
  29700  310  81 NNNN
```

```
* * * * * *      R E C      0 0 1 6 8 2 6    D Y F       9 1 1 3 5        0 5 2 8

NH NAME     ARTHUR MARCUM
INPUT         05/14/91    BECKLEY WV                      SN            PG 004+
  32400  340  82 CCCC    1900.00        2264.86           DO:313  UN:CR4  MOD:
  35700  370  83 NNNN
  37800  390  84 NNNN
  39600  410  85 CCCC   12858.30 H     13239.95                              Y
  42000  440  86 CCCC   14459.00 H     14459.00
  43800  460  87 NNNN
  45000  470  88 CCCC    3780.00        3780.00
  48000  500  89 NNNN         E
  51300  520  90 NNNN
  53400  540  91 NNNN
COMP DATA   DI  - COMP TYPE:NS 78 DIS EX              AIME:$1096.00
            EFF DATE:01/90  PIA: $583.20  PIFC:L  FAM MAX: $874.80
            EFF DATE:12/90  PIA: $614.60  PIFC:L  FAM MAX: $922.00
```



