**EXHIBIT 5**

# NATIONAL BITUMINOUS COAL
# WAGE AGREEMENT OF 1978

### Effective March 27, 1978

# TABLE OF CONTENTS

|  |  | Page |
|---|---|---|
| **Article I—ENABLING CLAUSE** | | 1 |
| **Article IA—SCOPE AND COVERAGE** | | 3 |
| Section (a) | Work Jurisdiction | 3 |
| Section (b) | Exemptions Clause | 3 |
| Section (c) | Supervisors Shall Not Perform Classified Work | 4 |
| Section (d) | Management of the Mines | 5 |
| Section (e) | Union's Rights | 5 |
| Section (f) | Application of This Contract to the Employer's Coal Lands | 5 |
| Section (g) | Contracting and Subcontracting | 6 |
| Section (h) | Leasing, Subleasing and Licensing Out of Coal Lands | 6 |
| Section (i) | Construction Work | 7 |
| **Article II—INDUSTRY DEVELOPMENT** | | 7 |
| **Article III—HEALTH AND SAFETY** | | 10 |
| Section (a) | Right to a Safe Working Place | 10 |
| Section (b) | Federal Coal Mine Health and Safety Act of 1969 | 10 |
| Section (c) | Joint Industry Health and Safety Committee | 11 |
| Section (d) | Mine Health and Safety Committee | 12 |
| Section (e) | Access to the Mine | 14 |
| Section (f) | Reports | 16 |
| Section (g) | Safety Rules and Regulations | 16 |
| Section (h) | Cooperation in Development of Mining Plans | 17 |
| Section (i) | Preservation of Individual Safety Rights | 18 |
| Section (j) | Physical Examination | 20 |
| Section (k) | Minimum Age | 21 |
| Section (l) | Workmen's Compensation and Occupational Disease | 21 |
| Section (m) | Safety Equipment and Protective Clothing Allowance | 22 |
| Section (n) | Maintenance | 23 |
| Section (o) | Special Safety Problem Areas | 23 |
| Section (p) | Settlement of Health or Safety Disputes | 25 |
| **Article IV—WAGES AND HOURS** | | 27 |
| Section (a) | Basic Work Week | 27 |
| Section (b) | Basic Work Day | 27 |

iii

Page

Section (c)    Lampman ........................... 28
Section (d)    Saturday, Sunday and
                Premium Work ................. 29
Section (e)    Standard Daily Wage Rate .. 30

**Article V—HELPERS ON FACE EQUIPMENT IN UNDERGROUND MINES** ........................... 32

Section (a)    Assignment of Helpers ...... 32
Section (b)    Duties and Responsibilities
                of Helpers ..................... 33
Section (c)    Exemption ...................... 34

**Article VI—SHIFTS AND SHIFT DIFFERENTIALS** ................... 34

Section (a)    Multiple Shifts ................ 34
Section (b)    Hoisting of Coal .............. 35
Section (c)    Shift Differentials ........... 35
Section (d)    Working into the Next
                Shift ............................ 35
Section (e)    Call-back ....................... 35
Section (f)    Shift Rotation ................. 36

**Article VII—MINE COMMUNICATION COMMITTEES** ..................... 36

**Article VIII—STARTING TIME** ... 37

Section (a)    Shift Starting Time .......... 37
Section (b)    Lowering Employees .......... 37
Section (c)    Safety and Maintenance ..... 38
Section (d)    Surface Facilities ............ 38
Section (e)    Crew Changes ................. 38

**Article IX—ALLOWANCES** ....... 38

Section (a)    Bereavement Pay ............. 38
Section (b)    Jury Duty ...................... 39
Section (c)    Reporting Pay ................. 39
Section (d)    Military Duty .................. 40
Section (e)    Personal or Sick Leave ..... 40
Section (f)    Additional Allowance ........ 41

**Article X—COST-OF-LIVING WAGE INCREASE** ........................ 42

**Article XI—SICKNESS AND ACCIDENT BENEFITS** ......................... 42

Section (a)    General Purpose .............. 42
Section (b)    Eligibility ..................... 42
Section (c)    Commencement and
                Duration of Benefits ....... 44
Section (d)    Amount and Payment of
                Benefits ....................... 46
Section (e)    Filing of Claims for
                Benefits ....................... 47
Section (f)    Structure and
                Administration ............... 47

iv

Page

**Article XII—HOLIDAYS** ............ 50

Section (a)    Holidays Observed ........... 50
Section (b)    Sunday Holidays .............. 51
Section (c)    Monday Holidays ............. 51
Section (d)    Pay for Holidays Worked .. 51
Section (e)    Pay for Holidays Not
                Worked ......................... 52
Section (f)    Holidays During Vacation
                Period .......................... 52
Section (g)    Birthday Holidays ............ 52
Section (h)    Holidays for Sick and
                Injured ......................... 53
Section (i)    Time of Payment ............. 53

**Article XIII—REGULAR VACATION** ... 53

Section (a)    Annual Vacation .............. 53
Section (b)    Dates of Regular
                Vacation Period .............. 53
Section (c)    Staggered Regular
                Vacation ....................... 54
Section (d)    Qualifying Period and
                Amount of Payment ........ 55
Section (e)    Floating Vacation Days ..... 57
Section (f)    Time of Payment ............. 57
Section (g)    Obligation for Payment ..... 57
Section (h)    Work During Vacation
                Shutdown ...................... 58

**Article XIV—GRADUATED VACATION** ... 58

Section (a)    General ......................... 58
Section (b)    Definition of Additional
                Days ............................ 59
Section (c)    Definition of Continuous
                Employment ................... 59
Section (d)    Amount of Continuous
                Employment ................... 60
Section (e)    Time of Payment ............. 60
Section (f)    Rate of Payment ............. 61
Section (g)    Scheduling and Pay in
                Lieu ............................ 61
Section (h)    Sick and Injured
                Employees ..................... 61

**Article XV—CHECKOFF** ........... 61

**Article XVI—TRAINING** ........... 62

Section (a)    Priority ......................... 62
Section (b)    Orientation for New
                Employees ..................... 63
Section (c)    General Retraining
                Programs ...................... 67
Section (d)    Safety Training for
                Specific Job .................. 70
Section (e)    Maintenance Training and
                Rate of Pay .................. 70

v

| | | Page |
|---|---|---|
| Section (f) | New Inexperienced Employees at Underground Mines | 71 |
| Section (g) | General Training Provisions | 72 |
| **Article XVII—SENIORITY** | | 73 |
| Section (a) | Definition of Seniority | 73 |
| Section (b) | Reduction in Work Force | 74 |
| Section (c) | Layoff Procedure | 74 |
| Section (d) | Panels | 75 |
| Section (e) | Panel Custodians | 75 |
| Section (f) | Panel Members Accrue Seniority | 76 |
| Section (g) | Right to be Recalled | 76 |
| Section (h) | Recall of Persons on Layoff Status | 76 |
| Section (i) | Job Bidding | 78 |
| Section (j) | Training for Vacancy Not Filled by Bidding | 81 |
| Section (k) | Transfer to Other Mines of Employer | 82 |
| Section (l) | Leave of Absence | 84 |
| Section (m) | Permanent and Temporary Supervisors | 84 |
| Section (n) | Shift Preference | 85 |
| **Article XVIII—TONNAGE RATES AND HAND LOADING** | | 85 |
| Section (a) | Tonnage Rates | 85 |
| Section (b) | Checkweighmen | 85 |
| Section (c) | Preparation and Cleaning of Coal | 87 |
| Section (d) | Delivery of Cars | 88 |
| Section (e) | Explosives | 88 |
| Section (f) | Bottom Coal | 88 |
| Section (g) | Cutting Coal | 89 |
| Section (h) | Blacksmithing | 89 |
| Section (i) | Rockdusting | 89 |
| Section (j) | Day Men Transferred | 89 |
| **Article XIX—CLASSIFICATION** | | 89 |
| Section (a) | Working in Classification | 89 |
| Section (b) | Classification Requirement | 89 |
| Section (c) | Temporary Assignments | 90 |
| Section (d) | Protection Against Discrimination | 90 |
| Section (e) | Compensation for Temporary Assignments | 90 |
| **Article XX—HEALTH AND RETIREMENT BENEFITS** | | 91 |
| Section (a) | General Purpose | 91 |
| Section (b) | 1950 Plans and Trusts | 93 |
| Section (c) | 1974 Plans and Trusts | 93 |
| Section (d) | Contributions by Employers | 96 |

vi

| | | Page |
|---|---|---|
| Section (e) | Responsibilities and Duties of Trustees | 106 |
| Section (f) | Audits, Reports and Notices | 109 |
| Section (g) | Administration of Trusts | 111 |
| Section (h) | Guarantee of 1950 Plans and Trusts and 1974 Plans and Trusts | 113 |
| **GENERAL DESCRIPTION OF THE HEALTH AND RETIREMENT BENEFITS** | | 114 |
| (1) | Pensions for Miners Retired Under the 1950 Pension Plan | 115 |
| (2) | Pensions for Miners Who Retired Under the 1974 Pension Plan Prior to the Effective Date of This Agreement | 116 |
| (3) | Pensions for Miners Who Retire on or After the Effective Date of This Agreement | 117 |
| (4) | Signatory Service | 118 |
| (5) | Pensions for Disabled Miners | 119 |
| (6) | Pensions for Surviving Spouses | 120 |
| (7) | Deferred Vested Pension | 121 |
| (8) | Life and Accidental Death and Dismemberment Benefits | 121 |
| (9) | Pensioner's Death Benefits | 123 |
| (10) | Health Care | 123 |
| (11) | Vision Care | 127 |
| **Article XXI—SURFACE MINES** | | 129 |
| Section (a) | Parking Areas | 129 |
| Section (b) | Manning of Surface Mining Equipment | 130 |
| Section (c) | Eating Place | 132 |
| Section (d) | Cabs | 133 |
| Section (e) | Special Health and Safety Problems in Surface Mines | 133 |
| Section (f) | Toilets | 135 |
| Section (g) | Swing Shift | 135 |
| Section (h) | Leasing of Employees' Vehicles | 135 |
| Section (i) | Production and Processing of Coal at Surface Mines | 136 |
| **Article XXII—MISCELLANEOUS** | | 136 |
| Section (a) | Bathhouse | 136 |
| Section (b) | Access Roads | 137 |
| Section (c) | Parking Facilities | 137 |
| Section (d) | Bulletin Boards | 137 |
| Section (e) | Coke and Cleaning Plants | 137 |
| Section (f) | Compulsory Retirement | 138 |
| Section (g) | House Coal | 138 |
| Section (h) | House Rent | 138 |
| Section (i) | Irregular Work | 138 |

vii

Page

Section (j)    Memorial Periods .................. 138
Section (k)    Closing Following Fatal
                   Accident ..................... 139
Section (l)    New Machinery ................. 139
Section (m)    Pay Day ........................ 140
Section (n)    Lunches ........................ 140
Section (o)    Portals ......................... 141
Section (p)    Tools ........................... 141
Section (q)    Tramming ...................... 141
Section (r)    Local Union Meeting
                   Place ......................... 141
Section (s)    Federal Mine Safety and
                   Health Act ................... 141
Section (t)    Bonus Plans .................... 142

**Article XXIII—SETTLEMENT OF
DISPUTES** .............................. 144
Section (a)    Mine Committee ............... 144
Section (b)    District Arbitrators ........... 145
Section (c)    Grievance Procedure .......... 147
Section (d)    Ten Day Limitation ........... 150
Section (e)    Earnest Effort to Resolve
                   Disputes ..................... 151
Section (f)    Employee's Right to
                   Presence of Member of
                   Mine Committee ............. 151
Section (g)    Right of Grievant to be
                   Present ...................... 151
Section (h)    Finality of Decision or
                   Settlement ................... 152
Section (i)    Exclusion of Legal
                   Counsel ...................... 152
Section (j)    Waiver of Time Limits ....... 152
Section (k)    Prior Agreement .............. 152

**Article XXIV—DISCHARGE
PROCEDURE** ......................... 153
Section (a)    Just Cause Required .......... 153
Section (b)    Procedure ..................... 153
Section (c)    Suspension .................... 154
Section (d)    Immediate Arbitration ........ 154
Section (e)    Regular Arbitration .......... 155
Section (f)    Compensation for Lost
                   Earnings ..................... 155

**Article XXV—DISCRIMINATION
PROHIBITED** ......................... 155

**Article XXVI—DISTRICT
AGREEMENTS** ....................... 156
Section (a)    New Districts ................. 156
Section (b)    Prior Practice and
                   Custom ....................... 156
Section (c)    Protective Wage Clause ...... 157
Section (d)    Approval of District
                   Agreements .................. 157

viii

Page

**Article XXVII—MAINTAIN INTEGRITY
OF CONTRACT AND RESORT TO
COURTS** ............................... 157

**Article XXVIII—SEVERABILITY
CLAUSE** ............................... 158
Section (a)    General Rule ................. 158
Section (b)    Exception .................... 158

**Article XXIX—RATIFICATION AND
TERMINATION OF THIS
AGREEMENT** .......................... 159

* * * *

**Memorandum of Understanding—
Continuance of Arbitration Review
Board** ................................. 161

**Letter Regarding Article XX,
Section (e) (5)** ....................... 164

**UMWA BARGAINING COUNCIL** .......... 165

**BCOA MEMBERSHIP** ..................... 167

**Pension Table** ......................... 172

**Appendix A—Part I**
Rates—Underground at Deep Mines ...... 173

**Appendix A—Part II**
Rates—Strip and Auger Mines .............. 174

**Appendix A—Part III**
Rates—Preparation Plants and Other
Surface Facilities for Deep or Surface
Mines ...................................... 175

**Appendix B—Part I**
Classification—Underground at Deep
Mines ...................................... 176

**Appendix B—Part II**
Classification—Strip and Auger Mines ... 185

**Appendix B—Part III**
Classification—Preparation Plants and
Other Surface Facilities for Deep or
Surface Mines ............................. 192

**Index** ................................... 201

ix

Art. XX

International Union and the appropriate Districts and Locals of the Union, on at least a monthly basis, of such delinquencies, as long as such delinquencies continue.

(4) Upon the written request of any International, District or Local officer of the Union, the Trustees shall make available within seven (7) days of receipt of such request an up-to-date accounting of contributions made and delinquencies outstanding, in respect to any mine or related facility with respect to which such officer has union jurisdiction.

(5) The Trustees shall furnish the Employers and the Union with such other documentation and information as provided for in each of the Trusts described herein.

*Section (g)*   **Administration of Trusts**

(1) Each Employer shall make available to the Trustees within a reasonable time such information as the Trustees may determine to be reasonably required for the purpose of administering the Trusts and Plans.

(2) The Trustees shall respond to all written requests for information, applications, and other communications from beneficiaries within 15 working days from their receipt at the office of the Trusts. A response from the Trustees may be either a telephonic communication or a letter acknowledging receipt of such communication from the beneficiary. A pension application must be initially approved o r denied within 12 weeks of the receipt of the application. The foregoing shall not apply in the

111

Art. XX

event of delays caused by conditions beyond the control of the Trustees.

(3) The Trustees shall police and monitor the rolls of those entitled to benefits from the Trusts. On at least a quarterly basis, the Trustees shall have available a complete listing of current beneficiaries, identified by UMWA district and local union jurisdiction, if applicable. The Trustees shall promptly investigate and determine the eligibility or ineligibility of any beneficiary whose right to receive benefits from the Trusts has been challenged by an Officer of the International, District or Local Union or by any Employer. In the event that a beneficiary or beneficiaries shall be determined to be ineligible for health care or other benefits, the Trustees shall take prompt action to correct the situation.

(4) The Trustees are authorized, upon prior written approval by the Employers and the Union, to make such changes in the Plans and Trusts hereunder as they may deem to be necessary or appropriate.

They are also authorized and directed, after adequate notice and consultation with the Employers and Union, to make such changes in the Plans and Trusts hereunder, including any retroactive modifications or amendments, which shall be necessary:

(a) to obtain all necessary determination letters or rulings from the Internal Revenue Service or other applicable federal agencies so as to ensure compliance with all applicable federal laws and regulations and ensure the

112

Art. XX

above purpose for a percentage of a year calculated in accordance with the following schedule:

| Hours Worked | Percentage of a Year of Signatory Service |
|---|---|
| less than 250 | 0 |
| 250 - 499 | 25% |
| 500 - 749 | 50% |
| 750 - 999 | 75% |
| 1,000 or more | 100% |

For the purpose of calculating benefits and/or determining vesting, employment with the United Mine Workers of America, following classified employment with an Employer, shall be treated as signatory service, provided that the employee does not receive a pension from the United Mine Workers of America Pension Plan based on such service.

## (5) PENSIONS FOR DISABLED MINERS:

A miner who becomes permanently and totally disabled as a result of a mine accident after the effective date of this Agreement will become eligible for pension benefits in accordance with the following schedule:

(a) If a miner has less than ten years of signatory service at the time of retirement, the miner will receive a $135 per month pension. Such pensioner will be entitled to retain a Health Services card for life. Upon his death, his widow will retain a Health Services card until her death or remarriage.

119