**EXHIBIT 6**

**UMWA HEALTH AND RETIREMENT FUNDS**

4455 Connecticut Avenue, NW • Washington, DC 20008 • *Telephone:* (202) 895-3700

737

FEBRUARY 08, 1995

ARTHUR MARCUM JR

Social Security Number:
Type of Pension:  Minimum Disability
Pension Amount:  $200.00 *effective Sept 88; $190.00 eff. Feb. 90*
Effective Date:  SEPTEMBER 01, 1988

Dear ARTHUR MARCUM JR:

Your application for a disability pension has been approved under provisions of the 1974 Pension Plan. Please note, however, that your pension will be stopped if you become ineligible for Social Security Disability Insurance benefits and medical evidence indicates that you are able to perform classified work in the coal industry.

The effective date and amount of your pension are shown above. The enclosed check is for all payments through FEBRUARY 28, 1995. Future checks should arrive at the beginning of each month.

In addition to your pension, you and your dependents may be eligible for health benefits. To determine your eligibility for these benefits, contact the last signatory company that employed you in a classified job. According to our records, that company was VALLEY SERVICES INC; we have sent them a copy of this letter to notify them that they may be responsible for your benefits.

If you have any questions about the information contained in this letter, contact the Funds' BECKLEY field service office.

Sincerely,

*Kyu W. Lee*

KYU W. LEE
ASSISTANT DIRECTOR
ELIGIBILITY SERVICES

FISHER 212142-737