**EXHIBIT 7**

Case 1:06-cv-00178-RMU    Document 9-9    Filed 09/10/2007    Page 1 of 2

# UMWA HEALTH AND RETIREMENT FUNDS

4455 Connecticut Avenue, NW • Washington, DC 20008 • *Telephone:* (202) 895-3700

April 4, 1995

Mr. Arthur Marcum Jr.


VALLEY SERVICES INC.
HSID:

Dear Mr. Marcum:

It has been determined that the last UMWA contract signatory that employed you in a classified job, Valley Services, is no longer in business and is financially unable to provide health benefits coverage. Therefore, your application for health benefits, determined under the provisions of the National Bituminous Coal Wage Agreement of 1988, has been approved and is effective for the period from September 1, 1988 through February 1, 1993.

Beginning February 1, 1993, your eligibility for health benefits is governed by the Coal Industry Retiree Health Benefits Act of 1992. Because you are not receiving benefits from your last employer, and because we want to avoid any lapse of your coverage, the Health Services Card that you receive will also cover you and your eligible dependents, beginning February 1, 1993. However, your last signatory employer, a company related to this employer, or a successor company may still be liable to provide those benefits. The Benefit Plan may seek to have such company reinstate benefit payments, and if it is successful, you will be notified and your Health Services Card will expire.

Provision of health benefits is subject to earnings limitations. Benefits are not provided during any month in which you are regularly employed at a gross earnings rate equivalent to at least $1000.00 per month.

The enclosed materials provide important information about your health services coverage. Please contact a Funds Field Service Office if further assistance is needed.

Sincerely,


Kyu W. Lee, Assistant Director
for Eligibility Services

KWL/cmc

cc: Beckley

