**EXHIBIT 9**

78-1343

# APPENDIX

## NATIONAL BITUMINOUS COAL WAGE AGREEMENT OF 1978

DISTRICT __29__  DATE __May 26, 1978__

*NAME OF COMPANY __Valley Services, Inc.__

ADDRESS AND ZIP CODE OF COMPANY __216 Red School House Road, Spring Valley, NY 10977__

NAME AND TITLE OF OPERATOR __O.L. Bibeau, President__  TEL. NO. __(914) 735-9535__

NAME OF ASSOCIATION (if any) __—__

TOTAL ESTIMATED ANNUAL TONNAGE __2000 monthly__  Number of men employed __10__

Indicate if above company was previously signatory, note when and name if different from above

__1-8-75__   __Valley Services, Inc. - Dean E. Lovett__
Date                        Name & Address

Indicate if recognition of above company was NLRB certification, card check, accretion reopened mine, etc., __1974 & 1978 National Bituminous Coal Wage Agreements__

Indicate if agreement for above company is standard or modified, __Standard__

Indicate company if royalty payments made by other than above __Ranger Fuel Corporation__

If mine(s) below were acquired from a previously signatory company, indicate company _____

and date removed from record _____

### LIST ALL MINES COVERED BY THE *ABOVE-NAMED COMPANY

| NAME OF MINE (If operating at mine or another company, indicate company) | LOCATION | | | TYPE OF OPERATION: Deep, Strip, Auger, Trucking, Preparation, Etc. | LOCAL UNION |
| --- | --- | --- | --- | --- | --- |
| | TOWN | COUNTY | STATE | | |
| Valley Strip #2 | Glen Rogers | Wyoming | WV | strip | 1391 |

347-14
96944-0,1

CODED __£8__  __9-14-78__
SUPPLIES
W'SHEETS
MEMO

INDICATE DATE 1978 AGREEMENT SIGNED BY *OPERATOR
OR EFFECTIVE DATE OF MEMBERSHIP IN ASSOCIATION

__4-24-78__

Signature of District Officer and Title
Dennis Saunders, President

Submit in quadruplicate
Form A-78

IN WITNESS WHEREOF, each of the parties signatory hereto has caused this Agreement to be signed on the date specified herein to become effective.

DISTRICT __29__
UNITED MINE WORKERS OF AMERICA

DATE __24 April 1978__
OPERATORS

__Valley Services Inc.__
(Type or Print Name of Company)

__216 Red Schoolhouse Road__
(Address)

__Spring Valley N.Y - 10977__
(City, State, Zip)

_Arnold Miller_

_Dennis Saunders_

_O. L. B_____
(Signature and Title of Signer)

__O. L. Bibeau   President__
(Type or Print Name and Title of Signer)

_____
(Signature and Title of Signer)

_____
(Type or Print Name and Title of Signer)

# NATIONAL BITUMINOUS COAL WAGE AGREEMENT OF 1978

## ARTICLE I

### ENABLING CLAUSE

THIS AGREEMENT made this 24 day of March, 19 78, between the coal operators and associations signatory hereto, as parties of the first part (each coal operator which is a signatory hereto being called "Employer") and the International Union, United Mine Workers of America (hereinafter called "Union"), on behalf of each member thereof, as party of the second part, covers all of the bituminous coal mines owned or operated by said first parties. This Agreement carries forward and preserves the terms and conditions of all the various District agreements executed between the United Mine Workers of America and the various operators and coal associations subject to the terms and conditions of this Agreement and as amended, modified and supplemented by this Agreement as herein set out.

This Agreement shall be binding upon all signatories hereto, including those Employers which are members of signatory associations, and their successors and assigns. In consideration of the Union's execution of this Agreement, each Employer promises that its operations covered by this Agreement shall not be sold, conveyed, or otherwise transferred or assigned to any successor without first securing the agreement of the successor to assume the Employer's obligations under this Agreement. Provided that the Employer shall not be a guarantor or be held liable for any breach by the successor or assignee of its obligations, and the UMWA will look exclusively to the successor or assignee for compliance with the terms of this Agreement.

WITNESSETH: It is agreed that this contract is for the exclusive joint use and benefit of the contracting parties, as defined and set forth in this Agreement. It is agreed that the United Mine Workers of America is recognized herein as the exclusive bargaining agency representing the Employees of the parties of the first part. It is further agreed that as a condition of employment all Employees shall be, or become, members of the United Mine Workers of America, to the extent and in the manner permitted by law, except in those exempted classifications of employment as hereinafter provided in this Agreement. This provision does not change the rules or practices of the industry pertaining to management. The Mine Workers intend no intrusion upon the rights of management as heretofore practiced and understood. It is the intent and purpose of the parties hereto that this Agreement will promote and improve industrial and economic relationships in the bituminous coal industry and to set forth herein the basic agreements covering rates of pay, hours of work and conditions of employment to be observed between the parties, and shall cover the employment of persons employed in the bituminous coal mines covered by this Agreement. Management will not abridge the rights of the Employees as set forth in this Agreement.

## ARTICLE IA

### SCOPE AND COVERAGE

Section (a)  Work Jurisdiction

The production of coal, including removal of overburden and coal waste, preparation, processing and cleaning of coal and transportation of coal (except by waterway or rail not owned by Employer), repair and maintenance work normally performed at the mine site or at a central shop of the Employer and maintenance of gob piles and mine roads, and work customarily related to all of the above shall be performed by classified Employees of the Employer covered by and in accordance with the terms of this Agreement. Contracting, subcontracting, leasing and subleasing, and construction work, as defined herein, will be conducted in accordance with the provisions of this Article.

Nothing in this section will be construed to diminish the jurisdiction, express or implied, of the United Mine Workers.

Section (b)  Exemptions Clause

It is the intention of this Agreement to reserve to the Employers and except from this Agreement an adequate force of supervisory Employees to effectively conduct the safe and efficient operation of the mines and at the same time, to provide against the abuse of such exemptions by excepting more such Employees than are reasonably required for that purpose.

Coal inspectors and weigh bosses at mines where men are paid by the ton, watchmen, clerks, engineering and technical forces of the Employer, working at or from a district or local mine office, are exempt from this Agreement.

All other Employees working in or about the mine shall be included in this Agreement except essential supervisors in fact such as mine foremen, assistant mine foremen who, in the usual performance of their duties, may make examinations for gas as prescribed by law, and such other supervisors as are in charge of any class of labor inside or outside of the mines and who perform no production work.

The Union will not seek to organize or ask recognition for such excepted supervisory Employees during the life of this contract.

The Employers shall not use this provision to exempt from the provisions of this Agreement as supervisors, more men than are necessary for the safe and efficient operation of the mine, taking into consideration the area covered by the workings, roof conditions, drainage conditions, explosion hazards, and the ability of supervisors, due to thickness of the seam, to make the essential number of visits to the working faces as required by law and safety regulations.

Section (c)  Supervisors Shall Not Perform Classified Work

Supervisory Employees shall perform no classified work covered by this Agreement except in emergencies and except if such work is necessary for the purpose of training or instructing classified Employees. When a dispute arises under this section, it shall be adjudicated through the grievance machinery and in such proceedings the following rule will apply: the burden is on the Employer to prove that classified work has not been performed by supervisory personnel.

Section (d)  Management of the Mines

The management of the mine, the direction of the working force and the right to hire and discharge are vested exclusively in the Employer.

Section (e)  Union's Rights

Authorized representatives of the Union shall be permitted reasonable access to the mine property to insure compliance with this Agreement. The Employer shall provide candidates for Union office reasonable opportunity to campaign among his Employees during their nonworking hours and in nonworking areas, provided there is no interference with production. The Employer further agrees to provide to the extent practicable, space on mine property for the holding of Union elections and the ratification of collective bargaining agreements.

Section (f)  Application of This Contract to the Employer's Coal Lands

As part of the consideration for this Agreement, the Employers agree that this Agreement covers the operation of all the coal lands, coal producing and coal preparation facilities owned or held under lease by them, or any of them, or by any subsidiary or affiliate at the date of this Agreement, or acquired during its term which may hereafter (during the term of this Agreement) be put into production or use.

Section (g)  Contracting and Subcontracting

(1) Transportation of Coal—The transportation of coal as defined in paragraph (a) may be contracted out only to a contractor employing members of the UMWA under this Agreement and only where contracting out such work is consistent with the prior practice and custom of the Employer.

(2) Repair and Maintenance Work—Repair and maintenance work customarily performed by classified Employees at the mine or central shop shall not be contracted out except (a) where the work is being performed by a manufacturer or supplier under warranty, or (b) where the Employer does not have available equipment or regular Employees with necessary skills available to perform the work at the mine or central shop, provided, however, that the work