**EXHIBIT 10**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, MICHAEL W. )
BUCKNER, A. FRANK DUNHAM and )
ELLIOT A. SEGAL, as TRUSTEES OF THE )
UNITED MINE WORKERS OF AMERICA )
1992 BENEFIT PLAN, )
)
        Plaintiffs, )   No. 1:06-cv-00178-RMU
)
v. )
)
VALLEY SERVICES, INC. )
)
   and )
)
BIBEAU CONSTRUCTION COMPANY, INC., )
)
        Defendants, )
)

## DECLARATION OF KARIN C. O'KEEFE

I, Karin C. O'Keefe, being duly sworn and over the age of 18, make this declaration based on personal knowledge and state as follows:

1. I am a resident of New York. My home address is 262 West Crooked Hill Road, Pearl River, New York 10965.

2. I worked for Bibeau Construction Company, Inc. from November 1992 until the third week of January, 2003.

3. Throughout this period I worked at the front desk and was the person principally responsible for answering the phone. I answered and took all incoming calls made to the Bibeau Construction Company, Inc.'s published company phone number. For years that number was (914) 735-9535. It changed shortly before I stopped working due to an area code change to (845) 735-9535.

4. During the decade that I worked at the Company's headquarters in Nanuet, New York, Company President Ovila L. Bibeau insisted that I time log all calls on a message pad where I could not immediately connect the caller to a company manager, even if just to record that his wife had called while he was unavailable. It was a small, five-person office and we did not have voice mail or use an answering machine.

5. Company management, particularly Mr. Bibeau, also directed me to always answer

1

the phone "Bibeau Construction." Indeed, that is the way I answered the phone at all times while I worked for Bibeau Construction, Inc. --"Good morning Bibeau Construction" or "Good afternoon Bibeau Construction"-- depending upon the time of day. Based on the Company's longstanding and well known practice, even if someone other than myself answered the phone, it is highly likely that they would have answered the phone "Bibeau Construction."

6. During the decade that I answered the phone for Bibeau Construction Company, Inc., I do not recall ever receiving a call by or on behalf of the United Mine Workers, or a United Mine Workers health benefit plan. It would have stood out because I prepared employee benefit forms at the front desk on a weekly basis and was accustomed to taking calls from the unions relating to Company reporting and contribution obligations to the Operators', Laborers', and Teamsters' pension and health benefit plans.

I declare, under penalty of perjury that the foregoing is true and correct this 9th day of September 2007.

KARIN C. O'KEEFE

2