**EXHIBIT 11**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHEAL W. BUCKNER, A. FRANK DUNHAM and ELLIOT A. SEGAL as Trustees of the UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,<br><br>      Plaintiffs,<br>  v.<br><br>VALLEY SERVICES, INC.<br><br>and<br><br>BIBEAU CONSTRUCTION COMPANY, INC.<br><br>      Defendants. | Civil Action No. 1:06-cv-00178-RMU |

## PLAINTIFFS' SUPPLEMENTAL RESPONSES TO DEFENDANT BIBEAU CONSTRUCTION COMPANY, INC.'S FIRST SET OF INTERROGATORIES AND FIRST REQUEST FOR PRODUCTION OF DOCUMENTS

Plaintiffs, Trustees of the United Mine Workers of America ("UMWA") 1992 Benefit Plan ("1992 Plan" or "Trustees"), by their undersigned counsel, and pursuant to Rules 26, 33 and 34 of the Federal Rules of Civil Procedure, hereby supplement their responses to the first set of interrogatories and first request for production of documents propounded by defendant, Bibeau Construction Company, Inc.

### GENERAL OBJECTIONS

The Trustees renew their objection to the interrogatories and request for production of documents to the extent that they seek information or documents that are attorney work product

mining at that site, that company or companies would be investigated to determine if they were potential "related persons."

Interrogatory No. 6: Identify all guidelines, procedures, and databases developed or relied on by the UMWA 1992 Benefit Plan to locate or identify a Coal Act "related person."

**Supplemental Response:**

Plaintiffs renew their objections as stated in their original response to this interrogatory. Without waiving these objections, Plaintiffs state as follows.

See Supplemental Response to Interrogatory No. 5 for the 1992 Plan's procedures used by the 1992 Plan to locate and/or identify a Coal Act "related person."

The 1992 Plan relies on the following databases to locate or identify Coal Act "related persons;"

    1) FMS -- Funds Management System

    2) Practice Manager – OGC's legal database.

    3) Lexis/Nexis – (www.lexis.com)

    4) Dun's Market Identifiers

    5) Mine Safety and Health Administration website – Data Retrieval System (www.msha.gov)

    6) Various other internet search engines – (eg. www.google.com)

Interrogatory No. 7: Detail all investigative steps the UMWA 1992 Benefit Plan undertook between November 1993 and November 2004 to identify a "related" company to Valley Services, Inc. including the specific process and procedures the UMWA 1992 Benefit Plan

utilized between November 1993 and November 2004 to identify Bibeau Construction Company, Inc. as a Coal Act "related person."

**Supplemental Response:**

Plaintiffs renew their objections as stated in their original response to this interrogatory. Without waiving these objections, Plaintiffs state as follows.

On February 5, 2001, the 1992 Plan investigated the operational status of Valley Services, Inc. FMS and Practice Manager were reviewed for information relating to the ownership and operation of Valley Services, Inc. It was noted that O.L. Bibeau signed the 1978 NBCWA on behalf of Valley Services, Inc. Based on the information obtained from FMS and Practice Manager, research was performed via the internet into public records using Lexis and other internet sources. The MSHA reports were also reviewed as part of this investigation.

Plaintiffs have attached all documents referred to in this supplemental response, as Exhibit A.

Interrogatory No. 8: Describe how (and the approximate date) that "it came to [the] attention" of the UMWA 1992 Benefit Plan "that Bibeau Construction Co., Inc. is related to Valley Services, Inc." as stated in the UMWA 1992 Benefit Plan's December 6, 2004 premium liability notice.

**Supplemental Response:**

Plaintiffs renew their objections as stated in their original response to this interrogatory. Without waiving these objections, Plaintiffs state as follows.

On December 3, 2004, the 1992 Plan continued its investigation of Valley Services, Inc. and its relationship to any potentially "related persons" under the Coal Act in connection with a

5

DOCUMENT REQUEST NO. 5:

All documents identified, described, or relied on in response to Interrogatory No. 6.

**Supplemental Response:**

>Plaintiffs have no documents responsive to this request.

>>Respectfully submitted,

>>DAVID W. ALLEN
>>General Counsel
>>DC Bar #81638

>>LARRY D. NEWSOME
>>Associate General Counsel
>>DC Bar #254763

>>*/s/ Kathleen B. Burns*
>>KATHLEEN B. BURNS
>>Senior Associate Counsel
>>DC Bar #492460

>>UMWA HEALTH & RETIREMENT FUNDS
>>Office of the General Counsel
>>2121 K Street, N.W.
>>Washington, D.C. 20037
>>Telephone: (202) 521-2233

>>Attorneys for Plaintiffs