**EXHIBIT 12**

## InterOffice Correspondence

DATE:       February 4, 2001

TO:         █████████████████████

FROM:       █████████████████████

SUBJECT:    Valley Services, Inc.
            pmwin# 98-3522

Valley Services, Inc. ("Valley") was signatory to the 1978 NBCWA. Valley's president, O. L. Bibeau, is associated with one company in our company contacts manual. The company address is in New York, however, the company's strip mine was located in West Virginia. The contract also indicates that Ranger Fuel Corporation was paying royalties for the company.

There is no audit or withdrawal file for this company listed in our books.

Telephone corporate status checks for Valley, calling the West Virginia and Virginia Secretaries of State, do not indicate an active company with the same principal and address that we have. The West Virginia Secretary of State gave information about a Valley Services, Inc., which was an Ohio corporation that was dissolved in 1982. The Virginia Secretary of State listed a Valley Services Incorporated that was incorporated in 1955, and is in active and good standing. However, Mr. Bibeau is unlisted as a principal and the address of the company is in Roanoke, Virginia. An Internet New York Department of State check listed a Valley Services, Inc. that was incorporated in 1999.

No lycos.com white pages listing was found for O. L. Bibeau in New York, Virginia or West Virginia. No lycos.com yellow pages listings referenced mining companies when researching Valley in West Virginia, Virginia or New York.

No MSHA listings were found for Valley in the alphabetical or mine site reference books for 1996 through 2000. The company was not listed in the Keystone Coal Mine Directories for 1994 through 1998.

A Pacer search for "Bibeau" and variations of "Valley Services, Inc." in the United States Bankruptcy Court of the Southern District of New York yielded no listings. Likewise, no listings were found on Pacer searching the Southern and Northern Bankruptcy Courts of West Virginia.

Property records were located for an Ovila L. Bibeau and "O. L. Bibeau" on Lexis under "assets" and "Nyown":

P:\PMWIN\PUBLIC\LKIERNAN\CORR/52336.doc

```
MAIL-IT REQUESTED: FEBRUARY 5, 2001
         CLIENT: VALLEY SERVICES
        LIBRARY: ASSETS
           FILE: NYOWN

YOUR SEARCH REQUEST AT THE TIME THIS MAIL-IT WAS REQUESTED:
   (BIBEAU)

NUMBER OF RECORDS FOUND WITH YOUR REQUEST THROUGH:
        LEVEL   1...      43

LEVEL    1 PRINTED

THE SELECTED   RECORD NUMBERS:
17-24, 26, 35, 36, 40

DISPLAY FORMAT: FULL
```

```
SEND TO: ███████
         UMWA HEALTH & RETIREMENT FUNDS
         2121 K ST NW
         WASHINGTON DISTRICT OF COLUMBIA 20037-1801
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*08704\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

O.L.
Bibeau

\*\*\* THIS DATA IS FOR INFORMATION PURPOSES ONLY \*\*\*

PROPERTY TRANSFER RECORD FOR ORANGE COUNTY, NY

Buyer: BIBEAU, OVILA L

Buyer Mailing Address: 231 S MIDDLETOWN ROAD, NANUET, NY 10954

Seller: PAWLING SVGS BANK (Company/Corporation)

Seller Mailing Address: 86 ROUTE 22, PAWLING, NY 12564

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* SALES INFORMATION \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Sale Date: 8/10/1994

Recorded Date: 9/1/1994

County Transfer Tax: $ 2,000.00

Book/Page: 4099/325

Assessor's Parcel Number: 010-01-32.1

Legal Description:  CITY: CRAWFORD

*** THIS DATA IS FOR INFORMATION PURPOSES ONLY ***

PROPERTY RECORD FOR ORANGE COUNTY, NY

ESTIMATED ROLL CERTIFICATION DATE MARCH 1, 1999

Owner: BIBEAU OVILA L

Mailing Address: 386 STRTE 302, PINE BUSH, NY 12566

Property Address: WS ST HWY 302

************************ ASSESSMENT INFORMATION ************************

Assessor's Parcel Number: 332600 10-1-32.11

Legal Description: LOT: 32.110; BLOCK: 1; SECTION: 10; DISTRICT: 332600; CITY: CRAWFORD

Brief Description: LT 1 BIBEAU SUB MAP 139-95

Land Use: VACANT RESIDENTIAL WITH SMALL IMPROVEMENT; Zoning: 07 - MIXED

Assessment Year: 1999

Assessed Land Value: $ 20,500

Assessed Improvement Value: $ 22,800

Total Assessed Value: $ 43,300

*************************** TAX INFORMATION ****************************

Tax Rate Code: 332601

Exemption: MISCELLANEOUS

************************ PROPERTY CHARACTERISTICS ************************

| | |
|---|---|
| Year Built: | No. of Buildings: |
| Stories: | Style: |
| Units: | Air Conditioning: |
| Bedrooms: | Heating: |
| Baths: | Construction: |
| Partial Baths: | Basement: |
| Total Rooms: | Exterior Walls: |
| Fireplace: | Foundation: |
| Garage Type: | Roof: |
| Garage Size: | Elevator: |
| Pool/Spa: | Lot Size:         7.00 AC |
| | Building Area: |

TAPE PRODUCED BY COUNTY: 9/1999