**EXHIBIT 13**



**UMWA HEALTH AND RETIREMENT FUNDS**

2121 K Street, NW • Suite 350 • Washington, DC 20037 • Telephone: 202.521.2200

Writer's Fax: (202) 521-2247

**Certified Mail –
Return Receipt Requested**

December 06, 2004

Ovila L. Bibeau, Chairman/Chief Executive Officer
**Bibeau Construction Co., Inc.**
386 Rte 302
Pine Bush, NY 12566

Pete Bibeau, President
**Bibeau Construction Co., Inc.**
231 S. Middletown Road
Nanuet, NY 10954

RE:   Valley Services, Inc. – UMWA 1992 Benefit Plan Per Beneficiary Premiums

Dear Messrs. Bibeau:

It has come to our attention that Bibeau Construction Co., Inc. is related to Valley Services, Inc., which has failed to make its monthly per beneficiary premium payments to the UMWA 1992 Benefit Plan. Under Sections 9701(c)(2) and 9704(a) of the Coal Industry Retiree Health Benefit Act of 1992 ("Coal Act"), such "related persons" share joint and several liability for the yearly per beneficiary premiums. According to our records, Valley Services, Inc. is delinquent in the principal amount of $86,478.98 (for premiums due from February 15, 1993 through December 15, 2004).

Please send payment of $86,478.98 to the undersigned within twenty (20) days. If payment is not received, we will have no alternative but to take all legal action necessary and appropriate to protect the interests of the UMWA 1992 Benefit Plan. Please be advised that as long as these contributions remain unpaid, under the Employee Retirement Income Security Act of 1974 ("ERISA"), as amended, and the UMWA Pension and Benefit Plans, is subject to interest and liquidated damages on the unpaid premiums. Interest is currently accruing at 5% and will continue to accrue at that rate unless and until a higher or lower rate is determined by government authorities pursuant to 26 U.S.C. § 6621, or by the Trustees pursuant to their authority under the Plans. Liquidated damages will also accrue at that rate pursuant to Section 502(g)(2) of ERISA, and Section 9721 of the Coal Industry Retiree Health Benefit Act of 1992.

December 06, 2004
Page: 2


If you should have any questions regarding this matter, please do not hesitate to contact me at (202) 521-2233. If you have documentation or other information that contradicts our assertions, please provide this to me immediately.

Thank you for your prompt attention to this matter.



Very truly yours,

*[signature]*

Kathleen B. Burns
Senior Associate Counsel



cc: Dale Stover, Comptroller

KB/kb
P:\PMWIN\PUBLIC\KBURNS\CORR\94992.doc

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

OVILA L BIBEAU CEO
BIBEAU CONSTRUCTION CO INC
386 RTE 302
PINE BUSH NY 12566

PM #98-3522

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X /s/ Lydia Sadick    ☐ Agent
                     ☐ Addressee

B. Received by (Printed Name): Lydia Sadick
C. Date of Delivery: 12-13-04

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☒ Certified Mail  ☐ Express Mail
   ☐ Registered      ☐ Return Receipt for Merchandise
   ☐ Insured Mail    ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. Article Number (Transfer from service label):
7002 2030 0006 7781 9518

PS Form 3811, August 2001    Domestic Return Receipt    102595-02-M-1

---

UNITED STATES POSTAL SERVICE



First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

OFFICE OF THE GENERAL COUNSEL
c/o KATHLEEN B BURNS,
UMWA H&R FUNDS   Suite 350
2121 K STREET N.W.
WASHINGTON DC 20037

RECEIVED
DEC 20 2004
OFFICE OF THE
GENERAL COUNSEL