**EXHIBIT 14**

INC-92-002-90944-0172946-2006-12-29-1

# Calculation of Monthly Per Beneficiary Premiums Due at December 15, 2006 and for Subsequent Months
## List of Beneficiaries Receiving Benefits From The 1992 Benefit Plan
### Attributable to VALLEY SERVICES INC (#90944) as of December 15, 2006

Page 1 of 1

| MW SSN | ID | Name | Birth Date | Liability Start | Liability End | Liability Amount | Status |
|---|---|---|---|---|---|---|---|
| XXX-XX-0856 | 01 | ARTHUR MARCUM JR | 01/02/1951 | 02/01/1993 | | $55,880.58 | |
| XXX-XX-0856 | 03 | TIFFANY M. MARCUM | 07/20/1992 | 02/01/1993 | | $55,880.58 | |

Total Liability December 15, 2006    $111,761.16
Total Paid as of December 22, 2006    $0.00
Outstanding Amount Currently Due    $111,761.16

### Monthly amount due on the 15th of each month

(Beginning January 15, 2007 based on 2 Beneficiaries @$554.00 per month)    $1,108.00
Total Due January 15, 2007    $112,869.16

### Status Codes

| | |
|---|---|
| ADDED | New Beneficiary Addition |
| CHANGED | Changed in Eligibility Status This Period |
| DELETED | Deletion - No Liability |

### Applicable Monthly Per Beneficiary Premium Rates

| | | |
|---|---|---|
| 02/01/1993 | 12/31/1993 | $288.42 |
| 01/01/1994 | 12/31/1994 | $248.25 |
| 01/01/1995 | 12/31/1995 | $256.42 |
| 01/01/1996 | 12/31/1996 | $235.00 |
| 01/01/1997 | 12/31/1997 | $251.83 |
| 01/01/1998 | 12/31/1998 | $249.08 |
| 01/01/1999 | 12/31/1999 | $283.25 |
| 01/01/2000 | 12/31/2000 | $305.25 |
| 01/01/2001 | 12/31/2001 | $290.50 |
| 01/01/2002 | 12/31/2002 | $369.75 |
| 01/01/2003 | 12/31/2003 | $423.17 |
| 01/01/2004 | 12/31/2004 | $465.17 |
| 01/01/2005 | 12/31/2005 | $506.33 |
| 01/01/2006 | 12/31/2006 | $508.33 |
| 01/01/2007 | 12/31/2007 | $554.00 |

D00100