**EXHIBIT 15**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, A. FRANK DUNHAM and ELLIOT A. SEGAL, as TRUSTEES OF THE UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY SERVICES, INC.<br><br>and<br><br>BIBEAU CONSTRUCTION COMPANY, INC.,<br><br>Defendants. | No. 1:06-cv-00178-RMU |

### DECLARATION OF W. GREGORY MOTT

I, W. Gregory Mott, being duly sworn, declare and state as follows:

1. I am an attorney with the law firm of Ogletree, Deakins, Nash, Smoak & Stewart, P.C. My office address is Fifth Floor, 2400 N Street, N.W., Washington, DC 20037.

2. I have been actively involved in representing clients with matters involving the Coal Industry Retiree Health Benefit Act of 1992 (Coal Act), including the UMWA Combined Benefit Fund (Combined Fund), and the UMWA 1992 Benefit Plan (1992 Plan) for more than a decade. In my capacity as counsel I have extensive familiarity and experience with the premiums that the 1992 Plan and the Combined Fund have charged each year since their February 1, 1993 establishment date.

3. Each Plan charges a different premium amount. The Combined Fund assesses an annual premium, payable in monthly installments, in an amount determined annually by the

Commissioner of Social Security in accordance with section 9704(b) of the Coal Act. The Trustees of the 1992 Plan charge a monthly premium in an amount determined by the Trustees of that Plan.

4. The two plans provide the same level of benefits, and are administered by the same staff.

5. Based on my review of the per-beneficiary rates each Plan has assessed since February 1993, I have calculated that, for the period February 1, 1993 through December 31, 2006, an operator responsible for two beneficiaries would have been assessed a total of $70,417.74 in premiums by the Combined Fund, versus $112,689.16 by the 1992 Plan.

I declare under penalty of perjury that the foregoing is true and correct this 10th day of September, 2007.

_____
W. Gregory Mott

5190931

2