**EXHIBIT 16**



# U.S. Department of Labor
**Mine Safety and Health Administration**
Protecting Miners' Safety and Health Since 1978

*www.msha.gov*

—— **Search MSHA** | **Go** | **Advanced Options** | **Help**

Find It! in DOL | Compliance Assistance | En Español

As Developed by PETR



# Report Selection Page

For data other than Overview, if you do not provide a Beginning date, the date of 01/01/2004 will be used.

Beginning Date: [          ]     Ending Date: [          ]

## Current Mine Information

| | |
|---|---|
| Mine ID: | 4604226 |
| Operator: | Valley Services Inc |
| Opr. Begin Date: | 7/1/1974 |
| Mine Name: | Valley Surface Mine |
| Current Controller: | Bibeau Construction Company Inc |
| Controller Start Date: | 7/1/1974 |
| Mine Status: | Abandoned |
| Status Date: | 10/3/1979 |
| Mined Material: | Coal (Bituminous) |
| Type of Mine: | Facility |
| Location: | Wyoming County, WV |
| Address of Record: | 216 Red Schoolhouse Rd  SPRING VALLEY, NY 10977 |

**Operator History for Mine ID: 4604226**

| Operator Name | Begin Date | End Date |
|---|---|---|
| Valley Services Inc | 7/1/1974 | |

How do I use this information? *Click Here*

## Please select from one of the following available reports.

| ◉ Overview | ◉ Inspections | ◉ Accidents* | ◉ Violations** | ◉ Inspector Samples | ◉ Operator Samples | ◉ Quartz Results** |
|---|---|---|---|---|---|---|