**EXHIBIT 17**

| 1 Control number | | | 2 Employer's State number | |
|---|---|---|---|---|
| 22222 | | | 51004495501N | |

| 3 Employer's name, address, and ZIP code | 4 Subtotal ☐  Correction ☐  Void ☐ | |
|---|---|---|
| VALLEY SERVICES INC.<br>210 RED SCHOOLHOUSE ROAD<br>SPRING VALLEY, N.Y.   10977 | 5 Employee's identification number<br>31-0649550 | |
| | 6 Advance EIC payment | 7 |

| 8 Employee's social security number | 9 Federal income tax withheld | 10 Wages, tips, other compensation | 11 FICA tax withheld | 12 Total FICA wages |
|---|---|---|---|---|
| 13 ▮▮▮▮▮ rst, middle 4,683.90 | | 19,699.98 | 15 1,199.62 | 16 19,669.98 |

| Arthur Marcum, Jr. | 18 State income tax withheld | 19 State wages, tips, etc. | 20 Name of State |
|---|---|---|---|
| | 21 Local income tax withheld<br>525.50 | 22 Local wages, tips, etc. | 23 Name of locality |

17 Employee's address and ZIP code

Form **W-2** Wage and Tax Statement 1979     Copy C For employee's records

This information is being furnished to the Internal Revenue Service.                    Department of the Treasury — Internal Revenue Service

RECEIVED

OCT 2 1 1994

U. M. W. A.
H. R. F.
BECKLEY

# UMWA HEALTH AND RETIREMENT FUNDS

Dry Hill Road, Box 1229 • Beckley, West Virginia 25802 • *Telephone:* (304) 252-0751

October 17, 1994

ARTHUR MARCUM JR

████████████

SS#: ████████████

Dear Mr. Marcum:

We need additional information before we can complete our review of your application.

✳ Provide any pay statments or W-2 forms that you which covers your employment with Valley Services, Inc.

Complete the attached health service card application and return it to this office.

Sincerely,

*Dana Ferguson*

DANA FERGUSON
PROGRAM SPECIALIST
BECKLEY Field Service Office

0286-1401
102056-L68

✳ can only provide 1979.
Others burned in house fire.

av
10-21-94

RECEIVED
OCT 21 1994
U. M. W. A.
H. R. F.
BECKLEY