**EXHIBIT 18**

UMWA Health and Retirement Funds

# HEALTH SERVICES CARD
## APPLICATION AND MAINTENANCE FORM

### 1. INFORMATION ABOUT THE APPLICANT

NAME (last, first, middle): MARCUM ARTHUR JR

ADDRESS: [redacted]

SOCIAL SECURITY NUMBER: [redacted]

TELEPHONE NUMBER & AREA CODE: [redacted]

DATE OF BIRTH: [redacted]

DO YOU NOW HAVE A HEALTH SERVICES CARD?
- [ ] YES
- [X] NO
IF "YES," GIVE THE HEALTH SERVICES ID NUMBER ON THE CARD: ____

ARE YOU CURRENTLY ENROLLED IN MEDICARE?
- [X] YES
- [ ] NO
IF "YES," GIVE THE CLAIM NUMBER FROM YOUR MEDICARE CARD: [redacted]

ARE YOU CURRENTLY EMPLOYED?
- [ ] YES
- [X] NO
IF "YES," BE SURE TO COMPLETE SECTION 4: CURRENT EMPLOYMENT.

*01/05/95 - All information listed on health service card application is current.* — *Dana Ferguson, Program Specialist*

### 2. INFORMATION ABOUT DEPENDENTS

| NAME OF DEPENDENT | RELATIONSHIP | DATE OF BIRTH | STATUS (STUDENT, WORKING, ETC.) | MONTHLY EARNINGS | SOCIAL SECURITY NUMBER |
|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

Give the names of any dependents listed above who are enrolled in Medicare: NONE

**RECEIVED OCT 21 1994 U.M.W.A. H.R.F. BECKLEY**

### 3. COAL INDUSTRY EMPLOYMENT
Complete this section only if you are a 1974 Plan pensioner.

NAME OF LAST COAL INDUSTRY EMPLOYER: VALLEY SERVICES INC.

ADDRESS OF LAST COAL INDUSTRY EMPLOYER: RED SCHOOLHOUSE RD., NY., NY.

YOUR LAST JOB CLASSIFICATION: DOZER OPERATOR

MINE NAME OR NUMBER: VALLEY SERVICE

LOCATION OF MINE: GLENN RODGERS

LOCAL UNION NUMBER: 1391

DATE EMPLOYMENT TERMINATED: 9/25/79

36037-0692

## 9. ADDING DEPENDENTS TO THE HEALTH SERVICES CARD

| NAME OF DEPENDENT | RELATIONSHIP | DATE OF BIRTH | DATE OF DEPENDENCY | SOCIAL SECURITY NUMBER | MEDICARE ENROLLED? | | CLAIM NUMBER IF ENROLLED IN MEDICARE |
|---|---|---|---|---|---|---|---|
| | | | | | ☐ YES | ☐ NO | |
| | | | | | ☐ YES | ☐ NO | |
| | | | | | ☐ YES | ☐ NO | |
| | | | | | ☐ YES | ☐ NO | |
| | | | | | ☐ YES | ☐ NO | |
| | | | | | ☐ YES | ☐ NO | |
| | | | | | ☐ YES | ☐ NO | |

## 10. OTHER CHANGES TO THE HEALTH SERVICES CARD

☐ CHANGE THE ADDRESS ON MY HEALTH SERVICES CARD TO THE ONE GIVEN BELOW:

_____

_____

☐ SEND A NEW HEALTH SERVICES CARD TO REPLACE ONE THAT HAS BEEN LOST.

☐ CANCEL THE HEALTH SERVICES CARD FOR THE REASON MARKED BELOW:
  ☐ THE CARDHOLDER DIED ON _____
  ☐ THE SURVIVING SPOUSE REMARRIED ON _____
  ☐ THE CARDHOLDER IS EMPLOYED AND EARNS $500 OR MORE PER MONTH.

## 11. APPLICANT'S CERTIFICATION

I CERTIFY THAT ALL OF THE INFORMATION ON THIS APPLICATION IS TRUE AND CORRECT. I UNDERSTAND THAT IF ANY OF THE INFORMATION IS FALSE AND THAT IF I THEN RECEIVE BENEFITS BECAUSE OF FALSE INFORMATION, I SHALL HAVE TO REPAY THE BENEFITS TO THE FUNDS. I ALSO UNDERSTAND THAT IF I HAVE DELIBERATELY GIVEN FALSE INFORMATION, THE FUNDS MAY TAKE LEGAL ACTION AGAINST ME.

▶ MEMBERSHIP IN OR PAYMENT OF DUES TO THE UNITED MINE WORKERS OF AMERICA IS NOT A REQUIREMENT FOR APPLICATION OR FOR ELIGIBILITY FOR FUNDS' BENEFITS. ◀

_Arthur Moran Jr._     10/20/94
APPLICANT'S SIGNATURE     DATE