**EXHIBIT 19**

25 of 27 DOCUMENTS

Copyright 1999 The Journal News (Westchester County, NY)
All Rights Reserved
The Journal News (Westchester County, NY)

December 10, 1999 Friday

**SECTION:** NEWS; Pg. 1A

**LENGTH:** 751 words

**HEADLINE:** 845; County gets new area code in June

**BYLINE:** Laurel Babcock, Staff

**BODY:**

LAUREL BABCOCK The Journal News

Start memorizing this now: 845.

Like it or not, that number will be the new area code for Rockland and Putnam counties as of June 5. Westchester will be the only county now within the 914 region to keep the old code.

Federal regulators released the new area code yesterday, disconnecting any last hope among telephone customers outside Westchester that 914 would be allowed beyond that county's borders.

" I think we all wish we didn't have to change, but I guess that's progress, " said Gordon Wren, Rockland's director of fire and emergency services. " This area's been getting increasingly more residents and business, and we're paying for the success. "

Indeed, development and population growth, coupled with the resulting demand for more computer modem, fax, pager and cellular phone numbers, has forced the state to accept four new area codes this year alone.

And more are coming. The available pool of telephone numbers is running out in the state's 516, 716, 518 and 315 area codes, and new codes must be assigned in those regions to allow the creation of new telephone numbers.

The state Public Service Commission decided in October that the easiest way to assign a new area code in the 914 region was to draw a geographic boundary around Westchester, which has the largest population among the 10 counties that number currently encompasses.

Rockland and Putnam unsuccessfully fought to keep 914 along with Westchester. Other counties that will lose 914 are Orange, Dutchess, Sullivan, Ulster, Columbia, Delaware and Greene counties.

The new code will not change the price of calls between 845 and 914. Nor will customers in five rate centers along the northern Westchester and Putnam border be required to change their existing telephone numbers.

Those rate centers, billing and call routing areas defined by a number's three-digit prefix, are being split under the new area code plan. Customers in the rate centers will continue to share the same prefix, but will have different area codes in Putnam and Westchester.

Because the rate center splits do not follow area code guidelines adopted by the telecommunications industry, a federal advisory council rejected the state's plan last month to let Westchester keep 914 to itself.

The state prevailed last week, however, when the Federal Communications Commission ruled that splitting Westchester from its neighbors served the greater public interest.

845; County gets new area code in June The Journal News (Westchester County, NY) December 10, 1999 Friday

Once 845 takes effect in June, customers will be given until Dec. 4 to get used to the new code. The six-month permissive period will allow callers to temporarily ignore 845, but they will be reminded to get in the habit of dialing those digits.

In addition to changing personal address books, customers should remember to reprogram fax machine group calling lists, alarm systems, speed and automatic dialers, out-dial lists on personal computers, and anything else programmed with a telephone number, said NeuStar Inc., the company that administers the North American Numbering Plan.

Businesses also should begin planning for changes to stationery, business cards and advertising.

" It is a pain in the neck, " Ross Weale, president of Putnam's Economic Development Corporation, said of the looming paperwork.

But he added, " I'm not feeling sorry for Putnam County. I'm just sorry we have to go through the whole process. "

Nineteen telephone number prefixes - the first three digits of a number after the area code - will be duplicated in parts of Putnam and northern Westchester, but be assigned different area codes depending on their county of origin.

For example, residents with the telephone prefix 402 will maintain the **914 area code** if they live in Westchester, but will switch to the **845** area code if they live in Putnam. The exchanges to be duplicated:

276, 277, 402, 519, 526, 528, 603, 617, 621, 622, 628, 669, 734, 736, 737, 739, 743, 788, and 823.

The change in area code also could affect 57 wireless service prefixes that will fall under **845** next year. Service providers have the option of maintaining the **914 area code** for those prefixes, however, so customers should check with their carrier.

The wireless prefixes:

213, 264, 283, 308, 327, 349, 387, 388, 389, 399, 401, 408, 430, 438, 443, 449, 453, 455, 456, 464, 465, 466, 474, 475, 484, 487, 488, 489, 503, 504, 527, 529, 541, 542, 543, 556, 599, 601, 650, 661, 685, 706, 755, 797, 799, 850, 866, 869, 879, 880, 884, 893, 904, 906, 974, 975, 978.

**LOAD-DATE:** June 11, 2002