**EXHIBIT 20**

## UMWA HEALTH AND RETIREMENT FUNDS

2121 K Street, NW, Suite 350 . Washington, DC 20037 . Telephone: 1-800-291-1425

12/2004

ARTHUR MARCUM JR

Dear Health Services Cardholder:

The Trustees of the Health and Retirement Funds Benefit Plans are required to periodically review the eligibility of participants for health benefits. This form is in regard to your right to continue to receive health benefits. **Please answer all the questions below and sign your name,** and return the form in the enclosed envelope. If you have any questions, please contact our Call Center at 1-800-291-1425.

1. Have you performed any work in the coal industry **after** you started receiving your pension?
   ☐ Yes   ☒ No

2. Are you currently receiving Social Security Disability benefits?   ☒ Yes   ☐ No
   If no, please give the date that your Social Security Disability benefits ended:
   Month: [ ]   Day: [ ]   Year: [ ]

3. Do you have other health insurance coverage **(other than Medicare)**?   ☐ Yes   ☒ No
   If yes, please provide your other health insurance information:
   Name of Health Insurance Plan: [ ]
   Address of Health Plan: [ ]
   Health Plan's Telephone Number: ( ___ ) ___ - ___
   Group/Plan Number: [ ]   Identification Number: [ ]

**I certify that the information provided is correct**

Cardholder Signature _Arthur Marcum Jr_   Date 12/13/04

Telephone Number: Area Code ███████

2425

0123678085600000000000   DISH01

11091