IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, A. FRANK DUNHAM and ELLIOT A. SEGAL, as TRUSTEES OF THE UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN, | )<br>)<br>)<br>)<br>) |
| Plaintiffs, | ) No. 1:06-cv-00178-RMU |
| v. | ) |
| VALLEY SERVICES, INC. | ) |
| and | ) |
| BIBEAU CONSTRUCTION COMPANY, INC., | ) |
| Defendants, | ) |

## ORDER

Upon consideration of Defendant Bibeau Construction Company, Inc.'s Motion for Summary Judgment, any opposition and reply thereto, and the entire record, it is hereby:

**ORDERED** that Defendant's Motion for Summary Judgment is **GRANTED**; and

**ORDERED** that judgment is entered in favor of Defendant Bibeau Construction Company, Inc. and against Plaintiffs; and

**ORDERED** that copies of this Order shall be sent to all counsel of record and Plaintiff.

Dated: _____          _____
                                        Honorable Ricardo M. Urbina
                                        United States District Judge

Copies to:

John R. Woodrum
OGLETREE, DEAKINS, NASH, SMOAK, & STEWART
2400 N Street, N.W.
Fifth Floor
Washington, D.C. 20037

*Attorney for Defendant Bibeau Construction Company, Inc.*


Kathleen Barbara Burns, Esq.
UMWA HEALTH & RETIREMENT FUNDS
2121 K Street, N.W.
Suite 350
Washington, D.C. 20037

*Attorney for Plaintiffs*

5162672.1