IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, A. FRANK DUNHAM and ELLIOT A. SEGAL, as TRUSTEES OF THE UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,<br><br>    Plaintiffs,<br><br>v.<br><br>VALLEY SERVICES, INC.<br><br>  and<br><br>BIBEAU CONSTRUCTION COMPANY, INC., 231 S. Middletown Road Nanuet, NY 10954<br><br>    Defendants. | No. 1:06-cv-00178-RMU |

## CONSENT MOTION FOR ENLARGEMENT OF TIME

Defendant Bibeau Construction Company, Inc., by counsel, hereby requests the Court to set September 28, 2007 as the date for each party to file their Opposition to Summary Judgment, and October 15, 2007 as the date for each party to file their Reply to Opposition to Motion for Summary Judgment.

Counsel for Defendant Bibeau Construction requests this extension of time due to a death in the family which requires travel out of the country. Counsel for Plaintiffs concurs with these dates. A draft order is enclosed for the Court's consideration.

Respectfully submitted,

_____/s/_____
John R. Woodrum
D.C. Bar # 933457
OGLETREE, DEAKINS, NASH, SMOAK,
    & STEWART
2400 N Street, N.W.
Fifth Floor
Washington, D.C. 20037
Telephone: (202) 887-0855

*Attorney for Defendant Bibeau Construction Company, Inc.*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, MICHAEL W. BUCKNER, A. FRANK DUNHAM and ELLIOT A. SEGAL, as TRUSTEES OF THE UNITED MINE WORKERS OF AMERICA 1992 BENEFIT PLAN,<br><br>Plaintiffs,<br><br>v.<br><br>VALLEY SERVICES, INC.<br><br>and<br><br>BIBEAU CONSTRUCTION COMPANY, INC.,<br>231 S. Middletown Road<br>Nanuet, NY 10954<br><br>Defendants. | No. 1:06-cv-00178-RMU |

## [PROPOSED] ORDER

Defendant Bibeau Construction Company, Inc.'s Consent Motion for Enlargement of Time is GRANTED this ___ day of September, 2007. The parties shall have to, and including, September 28, 2007 to file their respective Oppositions to Summary Judgment, and they shall have to and including October 15, 2007 to file their briefs in Reply to Opposition to Motion for Summary Judgment.

_____
United States District Court Judge