IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MICHAEL H. HOLLAND, et al.,

        Plaintiffs,

   v.

VALLEY SERVICES, INC.

and

BIBEAU CONSTRUCTION COMPANY, INC.

        Defendants.

Civil Action No. 1:06-cv-00178-RMU

## ORDER

    Plaintiffs, Trustees of the United Mine Workers of America 1992 Benefit Plan, have submitted Plaintiffs' Memorandum of Points and Authorities in Opposition to Defendant, Bibeau Construction Company, Inc.'s Motion for Summary Judgment for adjudication by this Court. Upon mature consideration of the record of this case, the Court finds that there is no genuine issue of material fact and concludes that Defendant's Motion for Summary Judgment should be denied as a matter of law. It is accordingly

    **ORDERED** that Defendant's Motion for Summary Judgment is **DENIED**; and

    **ORDERED** the judgment is entered in favor of Plaintiffs and against Defendant; and

    **ORDERED** that copies of this Order shall be sent to all counsel of record and Defendant, Bibeau Construction Company, Inc.

    ENTERED this ____ day of _____, 200__.

                                              HONORABLE RICARDO M. URBINA
                                              UNITED STATES DISTRICT COURT JUDGE

Copies to:

Kathleen B. Burns
Senior Associate Counsel
UMWA Health and Retirement Funds
2121 K Street, NW
Washington, DC  20037

*Attorney for Plaintiffs*


John R. Woodrum
Ogletree, Deakins, Nash, Smoak, & Stewart
2400 N Street, NW
Fifth Floor
Washington, DC  20037

*Attorney for Defendant Bibeau Construction Company, Inc.*