# **EXHIBIT A**

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MICHAEL H. HOLLAND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> VALLEY SERVICES, INC. <br><br> and <br><br> BIBEAU CONSTRUCTION COMPANY, INC. <br><br> Defendants. | Civil Action No. 1:06-cv-00178-RMU |

## DECLARATION OF DALE R. STOVER

I, Dale R. Stover, being duly sworn, declare and state as follows:

1.　I am an employee of the United Mine Workers of America ("UMWA") 1974 Pension Plan, the UMWA Combined Benefit Fund, the UMWA 1992 Benefit Plan ("1992 Plan"), the UMWA 1993 Benefit Plan and the UMWA Cash Deferred Savings Plan of 1988. These Plans and Trusts are jointly administered and are commonly known as the UMWA Health and Retirement Funds (the "Funds"). I am employed as the Funds' Director of Finance and General Services.

2.　In discharging my duties as Director of Finance and General Services of the UMWA Health and Retirement Funds, I am responsible for the operation and guidance of the department of Finance and General Services, which includes, among other things, overall supervision of accounting and financial reporting, collection of statutory premiums and contractual contributions, field audit, withdrawal liability and financial analysis for each of the Plans and Trusts. I am also responsible for insuring that the Funds have adequate internal

accounting controls and that the accounting conforms to GAAP, federal regulations and Funds' policies.

3. I have reviewed the 1992 Plan's records and find that neither Valley Services, Inc. nor any other entity submitted monthly per-beneficiary premiums owed by Valley Services, Inc. to the 1992 Plan for the periods February 15, 1993 through August 15, 2007. As a result, Valley Services, Inc. is delinquent in the principal amount of $120,625.16. Schedule of Debt is attached hereto as Tab 1.

4. Interest on these delinquent per-beneficiary premiums has been calculated from August 15, 1996 through August 15, 2007 in the amount of $47,392.91. The interest rate used to calculate the interest was that rate prescribed by Section 6621 of the Internal Revenue Code. Additional monthly per-beneficiary premiums of approximately $1,108.00 accrue each month. Daily interest at the rate of 8% continues to accrue after August 15, 2007 in the amount of $26.44 per diem. See Schedule of Debt, Tab 1.

5. The interest rates and relevant time periods as prescribed by Section 6621 of the Internal Revenue Code appear at the bottom of the schedule of debt.

I declare, under penalty of perjury that the foregoing is true and correct this day, October 15, 2007 at Washington, D.C.

_____
DALE R. STOVER

197023228.doc

# **EXHIBIT A**

**TAB 1**

Company name: **VALLEY SERVICES INC**   Co. # 90944   Valid after 6-30-06

1992 Benefit Plan Liabilities
Monthly Per Beneficiary Premiums
Interest Calculations

Interest Accrual Date
Month (#): 8
Day (#): 15

| Description | Due Date | Amount Due | Days from 7-1-96 to 31-Mar-98 | Days from 4-1-98 to 31-Dec-98 | Days from 1-1-99 to 31-Mar-99 | Days from 4-1-99 to 31-Mar-00 | Days from 4-1-00 to 31-Mar-01 | Days from 4-1-01 to 30-Jun-01 | Days from 07-1-01 to 31-Dec-01 | Days from 1-1-02 to 12/31/02 | Days from 1-1-03 to 9/30/03 | Days from 10-1-03 to 3/31/04 | Days from 4-1-04 to 6/30/04 | Days from 7-1-04 to 9/30/04 | Days from 10-1-04 to 3/31/05 | Days from 4-1-05 to 9/30/05 | Days from 10-1-05 to 6/30/06 | Days from 7-1-06 to 8/15/07 | Interest as of 15-Aug-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly premium | 15-Jan-96 | | 639 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 0.00 |
| Monthly premium | 15-Feb-96 | | 639 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 0.00 |
| Monthly premium | 15-Mar-96 | | 639 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 0.00 |
| Monthly premium | 15-Apr-96 | | 639 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 0.00 |
| Monthly premium | 15-May-96 | | 639 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 0.00 |
| Monthly premium | 15-Jun-96 | | 639 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 0.00 |
| Monthly premium | 15-Jul-96 | | 624 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 0.00 |
| Monthly premium | 15-Aug-96 | 22,217.32 | 593 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 17,477.42 |
| Monthly premium | 15-Sep-96 | 470.00 | 562 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 366.14 |
| Monthly premium | 15-Oct-96 | 470.00 | 532 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 362.66 |
| Monthly premium | 15-Nov-96 | 470.00 | 501 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 359.07 |
| Monthly premium | 15-Dec-96 | 470.00 | 471 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 355.59 |
| Monthly premium | 15-Jan-97 | 503.66 | 440 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 377.21 |
| Monthly premium | 15-Feb-97 | 503.66 | 409 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 373.36 |
| Monthly premium | 15-Mar-97 | 503.66 | 381 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 369.88 |
| Monthly premium | 15-Apr-97 | 503.66 | 350 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 366.03 |
| Monthly premium | 15-May-97 | 503.66 | 320 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 362.30 |
| Monthly premium | 15-Jun-97 | 503.66 | 289 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 358.45 |
| Monthly premium | 15-Jul-97 | 503.66 | 259 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 354.73 |
| Monthly premium | 15-Aug-97 | 503.66 | 228 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 350.88 |
| Monthly premium | 15-Sep-97 | 503.66 | 197 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 347.03 |
| Monthly premium | 15-Oct-97 | 503.66 | 167 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 343.30 |
| Monthly premium | 15-Nov-97 | 503.66 | 136 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 339.45 |
| Monthly premium | 15-Dec-97 | 503.66 | 106 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 335.73 |
| Monthly premium | 15-Jan-98 | 498.16 | 75 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 328.25 |
| Monthly premium | 15-Feb-98 | 498.16 | 44 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 324.45 |
| Monthly premium | 15-Mar-98 | 498.16 | 16 | 275 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 321.01 |
| Monthly premium | 15-Apr-98 | 498.16 | | 260 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 317.40 |
| Monthly premium | 15-May-98 | 498.16 | | 230 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 314.13 |
| Monthly premium | 15-Jun-98 | 498.16 | | 199 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 310.74 |
| Monthly premium | 15-Jul-98 | 498.16 | | 169 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 307.47 |
| Monthly premium | 15-Aug-98 | 498.16 | | 138 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 304.08 |
| Monthly premium | 15-Sep-98 | 498.16 | | 107 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 300.70 |
| Monthly premium | 15-Oct-98 | 498.16 | | 77 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 297.42 |
| Monthly premium | 15-Nov-98 | 498.16 | | 46 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 294.04 |
| Monthly premium | 15-Dec-98 | 498.16 | | 16 | 90 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 290.76 |
| Monthly premium | 15-Jan-99 | 566.50 | | | 75 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 327.03 |
| Monthly premium | 15-Feb-99 | 566.50 | | | 44 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 323.67 |
| Monthly premium | 15-Mar-99 | 566.50 | | | 16 | 366 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 320.62 |
| Monthly premium | 15-Apr-99 | 566.50 | | | | 351 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 317.02 |
| Monthly premium | 15-May-99 | 566.50 | | | | 321 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 313.30 |
| Monthly premium | 15-Jun-99 | 566.50 | | | | 290 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 309.45 |
| Monthly premium | 15-Jul-99 | 566.50 | | | | 260 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 305.72 |
| Monthly premium | 15-Aug-99 | 566.50 | | | | 229 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 301.87 |
| Monthly premium | 15-Sep-99 | 566.50 | | | | 198 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 298.03 |
| Monthly premium | 15-Oct-99 | 566.50 | | | | 168 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 294.30 |
| Monthly premium | 15-Nov-99 | 566.50 | | | | 137 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 290.45 |
| Monthly premium | 15-Dec-99 | 566.50 | | | | 107 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 286.73 |
| Monthly premium | 15-Jan-00 | 610.50 | | | | 76 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 304.85 |
| Monthly premium | 15-Feb-00 | 610.50 | | | | 45 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 300.70 |
| Monthly premium | 15-Mar-00 | 610.50 | | | | 16 | 365 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 296.82 |
| Monthly premium | 15-Apr-00 | 610.50 | | | | | 350 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 292.42 |
| Monthly premium | 15-May-00 | 610.50 | | | | | 320 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 287.91 |
| Monthly premium | 15-Jun-00 | 610.50 | | | | | 289 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 283.24 |
| Monthly premium | 15-Jul-00 | 610.50 | | | | | 259 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 278.72 |
| Monthly premium | 15-Aug-00 | 610.50 | | | | | 228 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 274.06 |
| Monthly premium | 15-Sep-00 | 610.50 | | | | | 197 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 269.39 |
| Monthly premium | 15-Oct-00 | 610.50 | | | | | 167 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 264.87 |

Company name: **VALLEY SERVICES INC**   Co. # 90944   Valid after 6-30-06

1992 Benefit Plan Liabilities
Monthly Per Beneficiary Premiums
Interest Calculations

Interest Accrual Date
Month (#): 8
Day (#): 15

| Description | Due Date | Amount Due | Days from 7-1-96 to 31-Mar-98 | Days from 4-1-98 to 31-Dec-98 | Days from 1-1-99 to 31-Mar-99 | Days from 4-1-99 to 31-Mar-00 | Days from 4-1-00 to 31-Mar-01 | Days from 4-1-01 to 30-Jun-01 | Days from 07-1-01 to 31-Dec-01 | Days from 1-1-02 to 12/31/02 | Days from 1-1-03 to 9/30/03 | Days from 10-1-03 to 3/31/04 | Days from 4-1-04 to 6/30/04 | Days from 7-1-04 to 9/30/04 | Days from 10-1-04 to 3/31/05 | Days from 4-1-05 to 9/30/05 | Days from 10-1-05 to 6/30/06 | Days from 7-1-06 to 8/15/07 | Interest as of 15-Aug-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly premium | 15-Nov-00 | 610.50 | | | | | 136 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 260.21 |
| Monthly premium | 15-Dec-00 | 610.50 | | | | | 106 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 255.69 |
| Monthly premium | 15-Jan-01 | 581.00 | | | | | 75 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 238.89 |
| Monthly premium | 15-Feb-01 | 581.00 | | | | | 44 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 234.45 |
| Monthly premium | 15-Mar-01 | 581.00 | | | | | 16 | 91 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 230.44 |
| Monthly premium | 15-Apr-01 | 581.00 | | | | | | 76 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 226.24 |
| Monthly premium | 15-May-01 | 581.00 | | | | | | 46 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 222.42 |
| Monthly premium | 15-Jun-01 | 581.00 | | | | | | 15 | 184 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 218.47 |
| Monthly premium | 15-Jul-01 | 581.00 | | | | | | | 169 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 214.89 |
| Monthly premium | 15-Aug-01 | 581.00 | | | | | | | 138 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 211.44 |
| Monthly premium | 15-Sep-01 | 581.00 | | | | | | | 107 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 207.98 |
| Monthly premium | 15-Oct-01 | 581.00 | | | | | | | 77 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 204.64 |
| Monthly premium | 15-Nov-01 | 581.00 | | | | | | | 46 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 201.19 |
| Monthly premium | 15-Dec-01 | 581.00 | | | | | | | 16 | 365 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 197.84 |
| Monthly premium | 15-Jan-02 | 739.50 | | | | | | | | 350 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 247.72 |
| Monthly premium | 15-Feb-02 | 739.50 | | | | | | | | 319 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 243.95 |
| Monthly premium | 15-Mar-02 | 739.50 | | | | | | | | 291 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 240.55 |
| Monthly premium | 15-Apr-02 | 739.50 | | | | | | | | 260 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 236.78 |
| Monthly premium | 15-May-02 | 739.50 | | | | | | | | 230 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 233.13 |
| Monthly premium | 15-Jun-02 | 739.50 | | | | | | | | 199 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 229.37 |
| Monthly premium | 15-Jul-02 | 739.50 | | | | | | | | 169 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 225.72 |
| Monthly premium | 15-Aug-02 | 739.50 | | | | | | | | 138 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 221.95 |
| Monthly premium | 15-Sep-02 | 739.50 | | | | | | | | 107 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 218.18 |
| Monthly premium | 15-Oct-02 | 739.50 | | | | | | | | 77 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 214.54 |
| Monthly premium | 15-Nov-02 | 739.50 | | | | | | | | 46 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 210.77 |
| Monthly premium | 15-Dec-02 | 739.50 | | | | | | | | 16 | 273 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 207.12 |
| Monthly premium | 15-Jan-03 | 846.34 | | | | | | | | | 258 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 233.08 |
| Monthly premium | 15-Feb-03 | 846.34 | | | | | | | | | 227 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 229.49 |
| Monthly premium | 15-Mar-03 | 846.34 | | | | | | | | | 199 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 226.24 |
| Monthly premium | 15-Apr-03 | 846.34 | | | | | | | | | 168 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 222.65 |
| Monthly premium | 15-May-03 | 846.34 | | | | | | | | | 138 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 219.17 |
| Monthly premium | 15-Jun-03 | 846.34 | | | | | | | | | 107 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 215.57 |
| Monthly premium | 15-Jul-03 | 846.34 | | | | | | | | | 77 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 212.10 |
| Monthly premium | 15-Aug-03 | 846.34 | | | | | | | | | 46 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 208.50 |
| Monthly premium | 15-Sep-03 | 846.34 | | | | | | | | | 15 | 183 | 91 | 92 | 182 | 183 | 273 | 411 | 204.91 |
| Monthly premium | 15-Oct-03 | 846.34 | | | | | | | | | | 168 | 91 | 92 | 182 | 183 | 273 | 411 | 201.78 |
| Monthly premium | 15-Nov-03 | 846.34 | | | | | | | | | | 137 | 91 | 92 | 182 | 183 | 273 | 411 | 198.90 |
| Monthly premium | 15-Dec-03 | 846.34 | | | | | | | | | | 107 | 91 | 92 | 182 | 183 | 273 | 411 | 196.12 |
| Monthly premium | 15-Jan-04 | 930.34 | | | | | | | | | | 76 | 91 | 92 | 182 | 183 | 273 | 411 | 212.42 |
| Monthly premium | 15-Feb-04 | 930.34 | | | | | | | | | | 45 | 91 | 92 | 182 | 183 | 273 | 411 | 209.26 |
| Monthly premium | 15-Mar-04 | 930.34 | | | | | | | | | | 16 | 91 | 92 | 182 | 183 | 273 | 411 | 206.31 |
| Monthly premium | 15-Apr-04 | 930.34 | | | | | | | | | | | 76 | 92 | 182 | 183 | 273 | 411 | 202.76 |
| Monthly premium | 15-May-04 | 930.34 | | | | | | | | | | | 46 | 92 | 182 | 183 | 273 | 411 | 198.94 |
| Monthly premium | 15-Jun-04 | 930.34 | | | | | | | | | | | 15 | 92 | 182 | 183 | 273 | 411 | 194.99 |
| Monthly premium | 15-Jul-04 | 930.34 | | | | | | | | | | | | 77 | 182 | 183 | 273 | 411 | 191.55 |
| Monthly premium | 15-Aug-04 | 930.34 | | | | | | | | | | | | 46 | 182 | 183 | 273 | 411 | 188.39 |
| Monthly premium | 15-Sep-04 | 930.34 | | | | | | | | | | | | 15 | 182 | 183 | 273 | 411 | 185.23 |
| Monthly premium | 15-Oct-04 | 930.34 | | | | | | | | | | | | | 167 | 183 | 273 | 411 | 181.79 |
| Monthly premium | 15-Nov-04 | 930.34 | | | | | | | | | | | | | 136 | 183 | 273 | 411 | 177.84 |
| Monthly premium | 15-Dec-04 | 930.34 | | | | | | | | | | | | | 106 | 183 | 273 | 411 | 174.01 |
| Monthly premium | 15-Jan-05 | 1,012.66 | | | | | | | | | | | | | 75 | 183 | 273 | 411 | 185.11 |
| Monthly premium | 15-Feb-05 | 1,012.66 | | | | | | | | | | | | | 44 | 183 | 273 | 411 | 180.81 |
| Monthly premium | 15-Mar-05 | 1,012.66 | | | | | | | | | | | | | 16 | 183 | 273 | 411 | 176.92 |
| Monthly premium | 15-Apr-05 | 1,012.66 | | | | | | | | | | | | | | 168 | 273 | 411 | 172.21 |
| Monthly premium | 15-May-05 | 1,012.66 | | | | | | | | | | | | | | 138 | 273 | 411 | 167.21 |
| Monthly premium | 15-Jun-05 | 1,012.66 | | | | | | | | | | | | | | 107 | 273 | 411 | 162.05 |
| Monthly premium | 15-Jul-05 | 1,012.66 | | | | | | | | | | | | | | 77 | 273 | 411 | 157.06 |
| Monthly premium | 15-Aug-05 | 1,012.66 | | | | | | | | | | | | | | 46 | 273 | 411 | 151.90 |
| Monthly premium | 15-Sep-05 | 1,012.66 | | | | | | | | | | | | | | 15 | 273 | 411 | 146.74 |

Company name: **VALLEY SERVICES INC**   Co. # 90944   Valid after 6-30-06

1992 Benefit Plan Liabilities
Monthly Per Beneficiary Premiums
Interest Calculations

Interest Accrual Date
Month (#): 8
Day (#): 15

| Description | Due Date | Amount Due | Days from 7-1-96 to 31-Mar-98 | Days from 4-1-98 to 31-Dec-98 | Days from 1-1-99 to 31-Mar-99 | Days from 4-1-99 to 31-Mar-00 | Days from 4-1-00 to 31-Mar-01 | Days from 4-1-01 to 30-Jun-01 | Days from 07-1-01 to 31-Dec-01 | Days from 1-1-02 to 12/31/02 | Days from 1-1-03 to 9/30/03 | Days from 10-1-03 to 3/31/04 | Days from 4-1-04 to 6/30/04 | Days from 7-1-04 to 9/30/04 | Days from 10-1-04 to 3/31/05 | Days from 4-1-05 to 9/30/05 | Days from 10-1-05 to 6/30/06 | Days from 7-1-06 to 8/15/07 | Interest as of 15-Aug-07 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Monthly premium | 15-Oct-05 | 1,012.66 | | | | | | | | | | | | | | | 258 | 411 | 141.33 |
| Monthly premium | 15-Nov-05 | 1,012.66 | | | | | | | | | | | | | | | 227 | 411 | 135.31 |
| Monthly premium | 15-Dec-05 | 1,012.66 | | | | | | | | | | | | | | | 197 | 411 | 129.48 |
| Monthly premium | 15-Jan-06 | 1,016.66 | | | | | | | | | | | | | | | 166 | 411 | 123.95 |
| Monthly premium | 15-Feb-06 | 1,016.66 | | | | | | | | | | | | | | | 135 | 411 | 117.90 |
| Monthly premium | 15-Mar-06 | 1,016.66 | | | | | | | | | | | | | | | 107 | 411 | 112.45 |
| Monthly premium | 15-Apr-06 | 1,016.66 | | | | | | | | | | | | | | | 76 | 411 | 106.40 |
| Monthly premium | 15-May-06 | 1,016.66 | | | | | | | | | | | | | | | 46 | 411 | 100.55 |
| Monthly premium | 15-Jun-06 | 1,016.66 | | | | | | | | | | | | | | | 15 | 411 | 94.51 |
| Monthly premium | 15-Jul-06 | 1,016.66 | | | | | | | | | | | | | | | | 396 | 88.24 |
| Monthly premium | 15-Aug-06 | 1,016.66 | | | | | | | | | | | | | | | | 365 | 81.33 |
| Monthly premium | 15-Sep-06 | 1,016.66 | | | | | | | | | | | | | | | | 334 | 74.43 |
| Monthly premium | 15-Oct-06 | 1,016.66 | | | | | | | | | | | | | | | | 304 | 67.74 |
| Monthly premium | 15-Nov-06 | 1,016.66 | | | | | | | | | | | | | | | | 273 | 60.83 |
| Monthly premium | 15-Dec-06 | 1,016.66 | | | | | | | | | | | | | | | | 243 | 54.15 |
| Monthly premium | 15-Jan-07 | 1,108.00 | | | | | | | | | | | | | | | | 212 | 51.48 |
| Monthly premium | 15-Feb-07 | 1,108.00 | | | | | | | | | | | | | | | | 181 | 43.96 |
| Monthly premium | 15-Mar-07 | 1,108.00 | | | | | | | | | | | | | | | | 153 | 37.16 |
| Monthly premium | 15-Apr-07 | 1,108.00 | | | | | | | | | | | | | | | | 122 | 29.63 |
| Monthly premium | 15-May-07 | 1,108.00 | | | | | | | | | | | | | | | | 92 | 22.34 |
| Monthly premium | 15-Jun-07 | 1,108.00 | | | | | | | | | | | | | | | | 61 | 14.81 |
| Monthly premium | 15-Jul-07 | 1,108.00 | | | | | | | | | | | | | | | | 31 | 7.53 |
| Monthly premium | 15-Aug-07 | 1,108.00 | | | | | | | | | | | | | | | | 0 | 0.00 |
| Monthly premium liability | | 120,625.16 | | | | | | | | | | | | | | | | | 47,392.91 |

Mo. Premium 26.44
Daily 26.44

Assumptions:
Interest rate 7.0% until 6-30-94
Interest rate 8.0% 7-1-94 through 9-30-94
Interest rate 9.0% 10-1-94 through 3-31-95
Interest rate 10.0% 4-1-95 through 6-30-95
Interest rate 9.0% 7-1-95 through 3-31-96
Interest rate 8.0% 4-1-96 through 6-30-96
Interest rate 9.0% 7-1-96 through 3-31-98
Interest rate 8.0% 4-1-98 thought 12-31-98
Interest rate 7.0% 1-1-99 through 3-31-99
Interest rate 8.0% 4-1-99 through 3-31-00
Interest rate 9.0% 4-1-00 through 3-31-01
Interest rate 8.0% 4-1-01 through 6-30-01
Interest rate 7.0% 07-1-01 through 12-31-01
Interest rate 6.0% 1-1-02 through 12-31-02
Interest rate 5.0% 1-1-03 through 9-30-03
Interest rate 4.0% 10-1-03 through 3-31-04
Interest rate 5.0% 4-1-04 through 6-30-04
Interest rate 4.0% 7-1-04 through 9-30-04
Interest rate 5.0% 10-1-04 through 3/31/05
Interest rate 6.0% 4-1-05 through 9-30-05
Interest rate 7.0% 10-1-05 through 6-30-06
Interest rate 8.0% after 6-30-06
Due Date is based on billing dates, not on the effective dates of coverage