# **EXHIBIT B**

2 of 855 DOCUMENTS

Revenue Ruling 2007-39

Rev. Rul. 2007-39; 2007 IRB LEXIS 533; 2007-26 I.R.B. 1449

June 20, 2007

[*1]

**SUBJECT MATTER:** -Determination of Rate of Interest

**APPLICABLE SECTIONS:**

Section 6621.-Determination of Rate of Interest
26 CFR 301.6621-1: Interest rate.

**TEXT:**

*Section 6621 of the Internal Revenue Code* establishes the rates for interest on tax overpayments and tax underpayments. Under *section 6621 (a) (1)*, the overpayment rate is the sum of the federal short-term rate plus 3 percentage points (2 percentage points in the case of a corporation), except the rate for the portion of a corporate overpayment of tax exceeding $10,000 for a taxable period is the sum of the federal short-term rate plus 0.5 of a percentage point for interest computations made after December 31, 1994. Under *section 6621 (a) (2)*, the underpayment rate is the sum of the federal short-term rate plus 3 percentage points.

*Section 6621 (c)* provides that for purposes of interest payable under *section 6601* on any large corporate underpayment, the underpayment rate under *section 6621 (a) (2)* is determined by substituting "5 percentage points" for "3 percentage points." See *section 6621 (c)* and *section 301.6621-3 of the Regulations* on Procedure and Administration for the definition of a large corporate underpayment and for the rules for determining the applicable date. *Section 6621 (c)* and *section 301.6621-3* [*2] are generally effective for periods after December 31, 1990.

*Section 6621 (b) (1)* provides that the Secretary will determine the federal short-term rate for the first month in each calendar quarter.

*Section 6621 (b) (2) (A)* provides that the federal short-term rate determined under *section 6621 (b) (1)* for any month applies during the first calendar quarter beginning after such month.

*Section 6621 (b) (3)* provides that the federal short-term rate for any month is the federal short-term rate determined during such month by the Secretary in accordance with *§ 1274 (d)*, rounded to the nearest full percent (or, if a multiple of 1/2 of 1 percent, the rate is increased to the next highest full percent).

*Notice 88-59, 1988-1 C.B. 546*, announced that, in determining the quarterly interest rates to be used for overpayments and underpayments of tax under *section 6621*, the Internal Revenue Service will use the federal short-term rate based on daily compounding because that rate is most consistent with *section 6621* which, pursuant to *section 6622*, is subject to daily compounding.

Rounded to the nearest full percent, the federal short-term rate based on daily compounding determined during the month [*3] of April 2007 is 5 percent. Accordingly, an overpayment rate of 8 percent (7 percent in the case of a corporation) and an underpayment rate of 8 percent are established for the calendar quarter beginning July 1, 2007. The

overpayment rate for the portion of a corporate overpayment exceeding $10,000 for the calendar quarter beginning July 1, 2007, is 5.5 percent. The underpayment rate for large corporate underpayments for the calendar quarter beginning July 1, 2007, is 10 percent. These rates apply to amounts bearing interest during that calendar quarter.

Interest factors for daily compound interest for annual rates of 5.5 percent, 7 percent, 8 percent, and 10 percent are published in Tables 16, 19, 21, and 25 of *Rev. Proc. 95-17, 1995-1 C.B. 556*, 570, 573, 575, and 579.

Annual interest rates to be compounded daily pursuant to *section 6622* that apply for prior periods are set forth in the tables accompanying this revenue ruling.

DRAFTING INFORMATION

The principal author of this revenue ruling is Wendy Kribell of the Office of Associate Chief Counsel (Procedure & Administration). For further information regarding this revenue ruling, contact Ms. Kribell at (202) 622-4570 (not a toll-free [*4] call).

**TABLE OF INTEREST RATES**

**PERIODS BEFORE JUL. 1, 1975 - PERIODS ENDING DEC. 31, 1986**

**OVERPAYMENTS AND UNDERPAYMENTS**

In 1995-1 C.B.

| PERIOD | RATE | DAILY RATE TABLE |
|---|---|---|
| Before Jul. 1, 1975 | 6% | Table 2, pg. 557 |
| Jul. 1, 1975-Jan. 31, 1976 | 9% | Table 4, pg. 559 |
| Feb. 1, 1976-Jan. 31, 1978 | 7% | Table 3, pg. 558 |
| Feb. 1, 1978-Jan. 31, 1980 | 6% | Table 2, pg. 557 |
| Feb. 1, 1980-Jan. 31, 1982 | 12% | Table 5, pg. 560 |
| Feb. 1, 1982-Dec. 31, 1982 | 20% | Table 6, pg. 560 |
| Jan. 1, 1983-Jun. 30, 1983 | 16% | Table 37, pg. 591 |
| Jul. 1, 1983-Dec. 31, 1983 | 11% | Table 27, pg. 581 |
| Jan. 1, 1984-Jun. 30, 1984 | 11% | Table 75, pg. 629 |
| Jul. 1, 1984-Dec. 31, 1984 | 11% | Table 75, pg. 629 |
| Jan. 1, 1985-Jun. 30, 1985 | 13% | Table 31, pg. 585 |
| Jul. 1, 1985-Dec. 31, 1985 | 11% | Table 27, pg. 581 |
| Jan. 1, 1986-Jun. 30, 1986 | 10% | Table 25 pg. 579 |
| Jul. 1, 1986-Dec. 31, 1986 | 9% | Table 23, pg. 577 |

Page 3

Rev. Rul. 2007-39; 2007 IRB LEXIS 533, *4;
2007-26 I.R.B. 1449

**TABLE OF INTEREST RATES**
**FROM JAN. 1, 1987 - Dec. 31, 1998**

| | OVERPAYMENTS 1995-1 C.B. | | | UNDER-PAYMENTS 1995-1 C.B. | |
|---|---|---|---|---|---|
| | RATE TABLE | PG | | RATE TABLE | PG |
| Jan. 1, 1987-Mar. 31, 1987 | 8% 21 | 575 | | 9% 23 | 577 |
| Apr. 1, 1987-Jun. 30, 1987 | 8% 21 | 575 | | 9% 23 | 577 |
| Jul. 1, 1987-Sep. 30, 1987 | 8% 21 | 575 | | 9% 23 | 577 |
| Oct. 1, 1987-Dec. 31, 1987 | 9% 23 | 577 | | 10% 25 | 579 |
| Jan. 1, 1988-Mar. 31, 1988 | 10% 73 | 627 | | 11% 75 | 629 |
| Apr. 1, 1988-Jun. 30, 1988 | 9% 71 | 625 | | 10% 73 | 627 |
| Jul. 1, 1988-Sep. 30, 1988 | 9% 71 | 625 | | 10% 73 | 627 |
| Oct. 1, 1988-Dec. 31, 1988 | 10% 73 | 627 | | 11% 75 | 629 |
| Jan. 1, 1989-Mar. 31, 1989 | 10% 25 | 579 | | 11% 27 | 581 |
| Apr. 1, 1989-Jun. 30, 1989 | 11% 27 | 581 | | 12% 29 | 583 |
| Jul. 1, 1989-Sep. 30, 1989 | 11% 27 | 581 | | 12% 29 | 583 |
| Oct. 1, 1989-Dec. 31, 1989 | 10% 25 | 579 | | 11% 27 | 581 |
| Jan. 1, 1990-Mar. 31, 1990 | 10% 25 | 579 | | 11% 27 | 581 |
| Apr. 1, 1990-Jun. 30, 1990 | 10% 25 | 579 | | 11% 27 | 581 |
| Jul. 1, 1990-Sep. 30, 1990 | 10% 25 | 579 | | 11% 27 | 581 |
| Oct. 1, 1990-Dec. 31, 1990 | 10% 25 | 579 | | 11% 27 | 581 |
| Jan. 1, 1991-Mar. 31, 1991 | 10% 25 | 579 | | 11% 27 | 581 |
| Apr. 1, 1991-Jun. 30, 1991 | 9% 23 | 577 | | 10% 25 | 579 |
| Jul. 1, 1991-Sep. 30, 1991 | 9% 23 | 577 | | 10% 25 | 579 |
| Oct. 1, 1991-Dec. 31, 1991 | 9% 23 | 577 | | 10% 25 | 579 |
| Jan. 1, 1992-Mar. 31, 1992 | 8% 69 | 623 | | 9% 71 | 625 |
| Apr. 1, 1992-Jun. 30, 1992 | 7% 67 | 621 | | 8% 69 | 623 |
| Jul. 1, 1992-Sep. 30, 1992 | 7% 67 | 621 | | 8% 69 | 623 |
| Oct. 1, 1992-Dec. 31, 1992 | 6% 65 | 619 | | 7% 67 | 621 |
| Jan. 1, 1993-Mar. 31, 1993 | 6% 17 | 571 | | 7% 19 | 573 |
| Apr. 1, 1993-Jun. 30, 1993 | 6% 17 | 571 | | 7% 19 | 573 |
| Jul. 1, 1993-Sep. 30, 1993 | 6% 17 | 571 | | 7% 19 | 573 |
| Oct. 1, 1993-Dec. 31, 1993 | 6% 17 | 571 | | 7% 19 | 573 |
| Jan. 1, 1994-Mar. 31, 1994 | 6% 17 | 571 | | 7% 19 | 573 |
| Apr. 1, 1994-Jun. 30, 1994 | 6% 17 | 571 | | 7% 19 | 573 |
| Jul. 1, 1994-Sep. 30, 1994 | 7% 19 | 573 | | 8% 21 | 575 |

Rev. Rul. 2007-39; 2007 IRB LEXIS 533, *4;
2007-26 I.R.B. 1449

Page 4

## TABLE OF INTEREST RATES
## FROM JAN. 1, 1987 - Dec. 31, 1998

|  | OVERPAYMENTS 1995-1 C.B. | | | UNDER-PAYMENTS 1995-1 C.B. | | |
|---|---|---|---|---|---|---|
|  | RATE | TABLE | PG | RATE | TABLE | PG |
| Oct. 1, 1994-Dec. 31, 1994 | 8% | 21 | 575 | 9% | 23 | 577 |
| Jan. 1, 1995-Mar. 31, 1995 | 8% | 21 | 575 | 9% | 23 | 577 |
| Apr. 1, 1995-Jun. 30, 1995 | 9% | 23 | 577 | 10% | 25 | 579 |
| Jul. 1, 1995-Sep. 30, 1995 | 8% | 21 | 575 | 9% | 23 | 577 |
| Oct. 1, 1995-Dec. 31, 1995 | 8% | 21 | 575 | 9% | 23 | 577 |
| Jan. 1, 1996-Mar. 31, 1996 | 8% | 69 | 623 | 9% | 71 | 625 |
| Apr. 1, 1996-Jun. 30, 1996 | 7% | 67 | 621 | 8% | 69 | 623 |
| Jul. 1, 1996-Sep. 30, 1996 | 8% | 69 | 623 | 9% | 71 | 625 |
| Oct. 1, 1996-Dec. 31, 1996 | 8% | 69 | 623 | 9% | 71 | 625 |
| Jan. 1, 1997-Mar. 31, 1997 | 8% | 21 | 575 | 9% | 23 | 577 |
| Apr. 1, 1997-Jun. 30, 1997 | 8% | 21 | 575 | 9% | 23 | 577 |
| Jul. 1, 1997-Sep. 30, 1997 | 8% | 21 | 575 | 9% | 23 | 577 |
| Oct. 1, 1997-Dec. 31, 1997 | 8% | 21 | 575 | 9% | 23 | 577 |
| Jan. 1, 1998-Mar. 31, 1998 | 8% | 21 | 575 | 9% | 23 | 577 |
| Apr. 1, 1998-Jun. 30, 1998 | 7% | 19 | 573 | 8% | 21 | 575 |
| Jul. 1, 1998-Sep. 30, 1998 | 7% | 19 | 573 | 8% | 21 | 575 |
| Oct. 1, 1998-Dec. 31, 1998 | 7% | 19 | 573 | 8% | 21 | 575 |

## TABLE OF INTEREST RATES
## FROM JANUARY 1, 1999 - PRESENT
## NONCORPORATE OVERPAYMENTS AND UNDERPAYMENTS

|  | 1995-1 C.B. | | |
|---|---|---|---|
|  | RATE | TABLE | PAGE |
| Jan. 1, 1999-Mar. 31, 1999 | 7% | 19 | 573 |
| Apr. 1, 1999-Jun. 30, 1999 | 8% | 21 | 575 |
| Jul. 1, 1999-Sep. 30, 1999 | 8% | 21 | 575 |
| Oct. 1, 1999-Dec. 31, 1999 | 8% | 21 | 575 |
| Jan. 1, 2000-Mar. 31, 2000 | 8% | 69 | 623 |
| Apr. 1, 2000-Jun. 30, 2000 | 9% | 71 | 625 |
| Jul. 1, 2000-Sep. 30, 2000 | 9% | 71 | 625 |

Page 5

Rev. Rul. 2007-39; 2007 IRB LEXIS 533, *4;
2007-26 I.R.B. 1449

**TABLE OF INTEREST RATES**

**FROM JANUARY 1, 1999 - PRESENT**

**NONCORPORATE OVERPAYMENTS AND UNDERPAYMENTS**

1995-1 C.B.

| RATE | | TABLE | PAGE |
|---|---|---|---|
| Oct. 1, 2000-Dec 31, 2000 | 9% | 71 | 625 |
| Jan. 1, 2001-Mar. 31, 2001 | 9% | 23 | 577 |
| Apr. 1, 2001-Jun. 30, 2001 | 8% | 21 | 575 |
| Jul. 1, 2001-Sep. 30, 2001 | 7% | 19 | 573 |
| Oct. 1, 2001-Dec. 31, 2001 | 7% | 19 | 573 |
| Jan. 1, 2002-Mar. 31, 2002 | 6% | 17 | 571 |
| Apr. 1, 2002-Jun. 30, 2002 | 6% | 17 | 571 |
| Jul. 1, 2002-Sep. 30, 2002 | 6% | 17 | 571 |
| Oct. 1, 2002-Dec. 31, 2002 | 6% | 17 | 571 |
| Jan. 1, 2003-Mar. 31, 2003 | 5% | 15 | 569 |
| Apr. 1, 2003-Jun. 30, 2003 | 5% | 15 | 569 |
| Jul. 1, 2003-Sep. 30, 2003 | 5% | 15 | 569 |
| Oct. 1, 2003-Dec. 31, 2003 | 4% | 13 | 567 |
| Jan. 1, 2004-Mar. 31, 2004 | 4% | 61 | 615 |
| Apr. 1, 2004-Jun. 30, 2004 | 5% | 63 | 617 |
| Jul. 1, 2004-Sep. 30, 2004 | 4% | 61 | 615 |
| Oct. 1, 2004-Dec. 31, 2004 | 5% | 63 | 617 |
| Jan. 1, 2005-Mar. 31, 2005 | 5% | 15 | 569 |
| Apr. 1, 2005-Jun. 30, 2005 | 6% | 17 | 571 |
| Jul. 1, 2005-Sep. 30, 2005 | 6% | 17 | 571 |
| Oct. 1, 2005-Dec. 31, 2005 | 7% | 19 | 573 |
| Jan. 1, 2006-Mar. 31, 2006 | 7% | 19 | 573 |
| Apr. 1, 2006-Jun. 30, 2006 | 7% | 19 | 573 |
| Jul. 1, 2006-Sep. 30, 2006 | 8% | 21 | 575 |
| Oct. 1, 2006-Dec. 31, 2006 | 8% | 21 | 575 |
| Jan. 1, 2007-Mar. 31, 2007 | 8% | 21 | 575 |
| Apr. 1, 2007- Jun. 30, 2007 | 8% | 21 | 575 |
| Jul. 1, 2007-Sep. 30, 2007 | 8% | 21 | 575 |

Page 6

Rev. Rul. 2007-39; 2007 IRB LEXIS 533, *4;
2007-26 I.R.B. 1449

**TABLE OF INTEREST RATES**

**FROM JANUARY 1, 1999 - PRESENT**

**CORPORATE OVERPAYMENTS AND UNDERPAYMENTS**

| | OVERPAYMENTS | | | UNDER-PAYMENTS | | |
|---|---|---|---|---|---|---|
| | 1995-1 C.B. | | | 1995-1 C.B. | | |
| | RATE | TABLE | PG | RATE | TABLE | PG |
| Jan. 1, 1999-Mar. 31, 1999 | 6% | 17 | 571 | 7% | 19 | 573 |
| Apr. 1, 1999-Jun. 30, 1999 | 7% | 19 | 573 | 8% | 21 | 575 |
| Jul. 1, 1999-Sep. 30, 1999 | 7% | 19 | 573 | 8% | 21 | 575 |
| Oct. 1, 1999-Dec. 31, 1999 | 7% | 19 | 573 | 8% | 21 | 575 |
| Jan. 1, 2000-Mar. 31, 2000 | 7% | 67 | 621 | 8% | 69 | 623 |
| Apr. 1, 2000-Jun. 30, 2000 | 8% | 69 | 623 | 9% | 71 | 625 |
| Jul. 1, 2000-Sep. 30, 2000 | 8% | 69 | 623 | 9% | 71 | 625 |
| Oct. 1, 2000-Dec. 31, 2000 | 8% | 69 | 623 | 9% | 71 | 625 |
| Jan. 1, 2001-Mar. 31, 2001 | 8% | 21 | 575 | 9% | 23 | 577 |
| Apr. 1, 2001-Jun. 30, 2001 | 7% | 19 | 573 | 8% | 21 | 575 |
| Jul. 1, 2001-Sep. 30, 2001 | 6% | 17 | 571 | 7% | 19 | 573 |
| Oct. 1, 2001-Dec. 31, 2001 | 6% | 17 | 571 | 7% | 19 | 573 |
| Jan. 1, 2002-Mar. 31, 2002 | 5% | 15 | 569 | 6% | 17 | 571 |
| Apr. 1, 2002-Jun. 30, 2002 | 5% | 15 | 569 | 6% | 17 | 571 |
| Jul. 1, 2002-Sep. 30, 2002 | 5% | 15 | 569 | 6% | 17 | 571 |
| Oct. 1, 2002-Dec. 31, 2002 | 5% | 15 | 569 | 6% | 17 | 571 |
| Jan. 1, 2003-Mar. 31, 2003 | 4% | 13 | 567 | 5% | 15 | 569 |
| Apr. 1, 2003-Jun. 30, 2003 | 4% | 13 | 567 | 5% | 15 | 569 |
| Jul. 1, 2003-Sep. 30, 2003 | 4% | 13 | 567 | 5% | 15 | 569 |
| Oct. 1, 2003-Dec. 31, 2003 | 3% | 11 | 565 | 4% | 13 | 567 |
| Jan. 1, 2004-Mar. 31, 2004 | 3% | 59 | 613 | 4% | 61 | 615 |
| Apr. 1, 2004-Jun. 30, 2004 | 4% | 61 | 615 | 5% | 63 | 617 |
| Jul. 1, 2004-Sep. 30, 2004 | 3% | 59 | 613 | 4% | 61 | 615 |
| Oct. 1, 2004-Dec. 31, 2004 | 4% | 61 | 615 | 5% | 63 | 617 |
| Jan. 1, 2005-Mar. 31, 2005 | 4% | 13 | 567 | 5% | 15 | 569 |
| Apr. 1, 2005-Jun. 30, 2005 | 5% | 15 | 569 | 6% | 17 | 571 |
| Jul. 1, 2005-Sep. 30, 2005 | 5% | 15 | 569 | 6% | 17 | 571 |
| Oct. 1, 2005-Dec. 31, 2005 | 6% | 17 | 571 | 7% | 19 | 573 |
| Jan. 1, 2006-Mar. 31, 2006 | 6% | 17 | 571 | 7% | 19 | 573 |

Rev. Rul. 2007-39; 2007 IRB LEXIS 533, *4;
2007-26 I.R.B. 1449

**TABLE OF INTEREST RATES**
**FROM JANUARY 1, 1999 - PRESENT**
**CORPORATE OVERPAYMENTS AND UNDERPAYMENTS**

| | OVERPAYMENTS | | | UNDER-PAYMENTS | | |
|---|---|---|---|---|---|---|
| | 1995-1 C.B. | | | 1995-1 C.B. | | |
| | RATE | TABLE | PG | RATE | TABLE | PG |
| Apr. 1, 2006-Jun. 30, 2006 | 6% | 17 | 571 | 7% | 19 | 573 |
| Jul. 1, 2006-Sep. 30, 2006 | 7% | 19 | 573 | 8% | 21 | 575 |
| Oct. 1, 2006-Dec. 31, 2006 | 7% | 19 | 573 | 8% | 21 | 575 |
| Jan. 1, 2007-Mar. 31, 2007 | 7% | 19 | 573 | 8% | 21 | 575 |
| Apr. 1, 2007-Jun. 30, 2007 | 7% | 19 | 573 | 8% | 21 | 575 |
| Jul. 1, 2007-Sep. 30, 2007 | 7% | 19 | 573 | 8% | 21 | 575 |

**TABLE OF INTEREST RATES FOR**
**LARGE CORPORATE UNDERPAYMENTS**
**FROM JANUARY 1, 1991 - PRESENT**

| | 1995-1 C.B. | | |
|---|---|---|---|
| | RATE | TABLE | PG |
| Jan. 1, 1991-Mar. 31, 1991 | 13% | 31 | 585 |
| Apr. 1, 1991-Jun. 30, 1991 | 12% | 29 | 583 |
| Jul. 1, 1991-Sep. 30, 1991 | 12% | 29 | 583 |
| Oct. 1, 1991-Dec. 31, 1991 | 12% | 29 | 583 |
| Jan. 1, 1992-Mar. 31, 1992 | 11% | 75 | 629 |
| Apr. 1, 1992-Jun. 30, 1992 | 10% | 73 | 627 |
| Jul. 1, 1992-Sep. 30, 1992 | 10% | 73 | 627 |
| Oct. 1, 1992-Dec. 31, 1992 | 9% | 71 | 625 |
| Jan. 1, 1993-Mar. 31, 1993 | 9% | 23 | 577 |
| Apr. 1, 1993-Jun. 30, 1993 | 9% | 23 | 577 |
| Jul. 1, 1993-Sep. 30, 1993 | 9% | 23 | 577 |
| Oct. 1, 1993-Dec. 31, 1993 | 9% | 23 | 577 |
| Jan. 1, 1994-Mar. 31, 1994 | 9% | 23 | 577 |
| Apr. 1, 1994-Jun. 30, 1994 | 9% | 23 | 577 |
| Jul. 1, 1994-Sep. 30, 1994 | 10% | 25 | 579 |
| Oct. 1, 1994-Dec. 31, 1994 | 11% | 27 | 581 |
| Jan. 1, 1995-Mar. 31, 1995 | 11% | 27 | 581 |

Page 8

Rev. Rul. 2007-39; 2007 IRB LEXIS 533, *4;
2007-26 I.R.B. 1449

**TABLE OF INTEREST RATES FOR
LARGE CORPORATE UNDERPAYMENTS
FROM JANUARY 1, 1991 - PRESENT**

1995-1 C.B.

|  | RATE | TABLE | PG |
|---|---|---|---|
| Apr. 1, 1995-Jun. 30, 1995 | 12% | 29 | 583 |
| Jul. 1, 1995-Sep. 30, 1995 | 11% | 27 | 581 |
| Oct. 1, 1995-Dec. 31, 1995 | 11% | 27 | 581 |
| Jan. 1, 1996-Mar. 31, 1996 | 11% | 75 | 629 |
| Apr. 1, 1996-Jun. 30, 1996 | 10% | 73 | 627 |
| Jul. 1, 1996-Sep. 30, 1996 | 11% | 75 | 629 |
| Oct. 1, 1996-Dec. 31, 1996 | 11% | 75 | 629 |
| Jan. 1, 1997-Mar. 31, 1997 | 11% | 27 | 581 |
| Apr. 1, 1997-Jun. 30, 1997 | 11% | 27 | 581 |
| Jul. 1, 1997-Sep. 30, 1997 | 11% | 27 | 581 |
| Oct. 1, 1997-Dec. 31, 1997 | 11% | 27 | 581 |
| Jan. 1, 1998-Mar. 31, 1998 | 11% | 27 | 581 |
| Apr. 1, 1998-Jun. 30, 1998 | 10% | 25 | 579 |
| Jul. 1, 1998-Sep. 30, 1998 | 10% | 25 | 579 |
| Oct. 1, 1998-Dec. 31, 1998 | 10% | 25 | 579 |
| Jan. 1, 1999-Mar. 31, 1999 | 9% | 23 | 577 |
| Apr. 1, 1999-Jun. 30, 1999 | 10% | 25 | 579 |
| Jul. 1, 1999-Sep. 30, 1999 | 10% | 25 | 579 |
| Oct. 1, 1999-Dec. 31, 1999 | 10% | 25 | 579 |
| Jan. 1, 2000-Mar. 31, 2000 | 10% | 73 | 627 |
| Apr. 1, 2000-Jun. 30, 2000 | 11% | 75 | 629 |
| Jul. 1, 2000-Sep. 30, 2000 | 11% | 75 | 629 |
| Oct. 1, 2000-Dec. 31, 2000 | 11% | 75 | 629 |
| Jan. 1, 2001-Mar. 31, 2001 | 11% | 27 | 581 |
| Apr. 1, 2001-Jun. 30, 2001 | 10% | 25 | 579 |
| Jul. 1, 2001-Sep. 30, 2001 | 9% | 23 | 577 |
| Oct. 1, 2001-Dec. 31, 2001 | 9% | 23 | 577 |
| Jan. 1, 2002-Mar. 31, 2002 | 8% | 21 | 575 |
| Apr. 1, 2002-Jun. 30, 2002 | 8% | 21 | 575 |
| Jul. 1, 2002-Sep. 30, 2002 | 8% | 21 | 575 |
| Oct. 1, 2002-Dec. 31, 2002 | 8% | 21 | 575 |
| Jan. 1, 2003-Mar. 31, 2003 | 7% | 19 | 573 |
| Apr. 1, 2003-Jun. 30, 2003 | 7% | 19 | 573 |

Rev. Rul. 2007-39; 2007 IRB LEXIS 533, *4;
2007-26 I.R.B. 1449

Page 9

TABLE OF INTEREST RATES FOR
LARGE CORPORATE UNDERPAYMENTS
FROM JANUARY 1, 1991 - PRESENT
1995-1 C.B.

|  | RATE | TABLE | PG |  |
|---|---|---|---|---|
| Jul. 1, 2003-Sep. 30, 2003 |  | 7% | 19 | 573 |
| Oct. 1, 2003-Dec. 31, 2003 |  | 6% | 17 | 571 |
| Jan. 1, 2004-Mar. 31, 2004 |  | 6% | 65 | 619 |
| Apr. 1, 2004-Jun. 30, 2004 |  | 7% | 67 | 621 |
| Jul. 1, 2004-Sep. 30, 2004 |  | 6% | 65 | 619 |
| Oct. 1, 2004-Dec. 31, 2004 |  | 7% | 67 | 621 |
| Jan. 1, 2005-Mar. 31, 2005 |  | 7% | 19 | 573 |
| Apr. 1, 2005-Jun. 30, 2005 |  | 8% | 21 | 575 |
| Jul. 1, 2005-Sep. 30, 2005 |  | 8% | 21 | 575 |
| Oct. 1, 2005-Dec. 31, 2005 |  | 9% | 23 | 577 |
| Jan. 1, 2006-Mar. 31, 2006 |  | 9% | 23 | 577 |
| Apr. 1, 2006-Jun. 30, 2006 |  | 9% | 23 | 577 |
| Jul. 1, 2006-Sep. 30, 2006 |  | 10% | 25 | 579 |
| Oct. 1, 2006-Dec. 31, 2006 |  | 10% | 25 | 579 |
| Jan. 1, 2007-Mar. 31, 2007 |  | 10% | 25 | 579 |
| Apr. 1, 2007-Jun. 30, 2007 |  | 10% | 25 | 579 |
| Jul. 1, 2007-Sep. 30, 2007 |  | 10% | 25 | 579 |

TABLE OF INTEREST RATES FOR CORPORATE
OVERPAYMENTS EXCEEDING $10,000
FROM JANUARY 1, 1995 - PRESENT
1995-1 C.B.

|  | RATE | TABLE | PG |
|---|---|---|---|
| Jan. 1, 1995-Mar. 31, 1995 | 6.5% | 18 | 572 |
| Apr. 1, 1995-Jun. 30, 1995 | 7.5% | 20 | 574 |
| Jul. 1, 1995-Sep. 30, 1995 | 6.5% | 18 | 572 |
| Oct. 1, 1995-Dec. 31, 1995 | 6.5% | 18 | 572 |
| Jan. 1, 1996-Mar. 31, 1996 | 6.5% | 66 | 620 |
| Apr. 1, 1996-Jun. 30, 1996 | 5.5% | 64 | 618 |
| Jul. 1, 1996-Sep. 30, 1996 | 6.5% | 66 | 620 |
| Oct. 1, 1996-Dec. 31, 1996 | 6.5% | 66 | 620 |
| Jan. 1, 1997-Mar. 31, 1997 | 6.5% | 18 | 572 |
| Apr. 1, 1997-Jun. 30, 1997 | 6.5% | 18 | 572 |

Page 10

Rev. Rul. 2007-39; 2007 IRB LEXIS 533, *4;
2007-26 I.R.B. 1449

**TABLE OF INTEREST RATES FOR CORPORATE**
**OVERPAYMENTS EXCEEDING $10,000**
**FROM JANUARY 1, 1995 - PRESENT**

1995-1 C.B.

| | RATE | TABLE | PG |
|---|---|---|---|
| Jul. 1, 1997-Sep. 30, 1997 | 6.5% | 18 | 572 |
| Oct. 1, 1997-Dec. 31, 1997 | 6.5% | 18 | 572 |
| Jan. 1, 1998-Mar. 31, 1998 | 6.5% | 18 | 572 |
| Apr. 1, 1998-Jun. 30, 1998 | 5.5% | 16 | 570 |
| Jul. 1. 1998-Sep. 30, 1998 | 5.5% | 16 | 570 |
| Oct. 1, 1998-Dec. 31, 1998 | 5.5% | 16 | 570 |
| Jan. 1, 1999-Mar. 31, 1999 | 4.5% | 14 | 568 |
| Apr. 1, 1999-Jun. 30, 1999 | 5.5% | 16 | 570 |
| Jul. 1, 1999-Sep. 30, 1999 | 5.5% | 16 | 570 |
| Oct. 1, 1999-Dec. 31, 1999 | 5.5% | 16 | 570 |
| Jan. 1, 2000-Mar. 31, 2000 | 5.5% | 64 | 618 |
| Apr. 1, 2000-Jun. 30, 2000 | 6.5% | 66 | 620 |
| Jul. 1, 2000-Sep. 30, 2000 | 6.5% | 66 | 620 |
| Oct. 1, 2000-Dec. 31, 2000 | 6.5% | 66 | 620 |
| Jan. 1, 2001-Mar. 31, 2001 | 6.5% | 18 | 572 |
| Apr. 1, 2001-Jun. 30, 2001 | 5.5% | 16 | 570 |
| Jul. 1, 2001-Sep. 30, 2001 | 4.5% | 14 | 568 |
| Oct. 1, 2001-Dec. 31, 2001 | 4.5% | 14 | 568 |
| Jan. 1, 2002-Mar. 31, 2002 | 3.5% | 12 | 566 |
| Apr. 1, 2002-Jun. 30, 2002 | 3.5% | 12 | 566 |
| Jul. 1, 2002-Sep. 30, 2002 | 3.5% | 12 | 566 |
| Oct. 1, 2002-Dec. 31, 2002 | 3.5% | 12 | 566 |
| Jan. 1, 2003-Mar. 31, 2003 | 2.5% | 10 | 564 |
| Apr. 1, 2003-Jun. 30, 2003 | 2.5% | 10 | 564 |
| Jul. 1, 2003-Sep. 30, 2003 | 2.5% | 10 | 564 |
| Oct. 1, 2003-Dec. 31, 2003 | 1.5% | 8 | 562 |
| Jan. 1, 2004-Mar. 31, 2004 | 1.5% | 56 | 610 |
| Apr. 1, 2004-Jun. 30, 2004 | 2.5% | 58 | 612 |
| Jul. 1, 2004-Sep. 30, 2004 | 1.5% | 56 | 610 |
| Oct. 1, 2004-Dec. 31, 2004 | 2.5% | 58 | 612 |
| Jan. 1, 2005-Mar. 31, 2005 | 2.5% | 10 | 564 |
| Apr. 1, 2005-Jun. 30, 2005 | 3.5% | 12 | 566 |
| Jul. 1, 2005-Sep. 30, 2005 | 3.5% | 12 | 566 |

Rev. Rul. 2007-39; 2007 IRB LEXIS 533, *4;
2007-26 I.R.B. 1449

**TABLE OF INTEREST RATES FOR CORPORATE OVERPAYMENTS EXCEEDING $10,000 FROM JANUARY 1, 1995 - PRESENT**

1995-1 C.B.

|  | RATE | TABLE | PG |
|---|---|---|---|
| Oct. 1, 2005-Dec. 31, 2005 | 4.5% | 14 | 568 |
| Jan. 1, 2006-Mar. 31, 2006 | 4.5% | 14 | 568 |
| Apr. 1, 2006-Jun. 30, 2006 | 4.5% | 14 | 568 |
| Jul. 1, 2006-Sep. 30, 2006 | 5.5% | 16 | 570 |
| Oct. 1, 2006-Dec. 31, 2006 | 5.5% | 16 | 570 |
| Jan. 1, 2007-Mar. 31, 2007 | 5.5% | 16 | 570 |
| Apr. 1, 2007-Jun. 30, 2007 | 5.5% | 16 | 570 |
| Jul. 1, 2007-Sep. 30, 2007 | 5.5% | 16 | 570 |