**EXHIBIT 1**

Non-Coal Wage Payment Status Detail Statement
1/25/01

Company Name: VALLEY SERVICES INC (90944)
Trust Plan: 1992BEN
Funding Code: MONTHPRE

| Bill Due Date | Liability Due Date | Postmark Date | Withdrawal Year | Adjustment Code | Payment Reason | Total Billed | Total Liability | Total Paid | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | 2/15/93 | | | | | | $576.84 | | $576.84 |
| | 3/15/93 | | | | | | $576.84 | | $1,153.68 |
| | 4/15/93 | | | | | | $576.84 | | $1,730.52 |
| | 5/15/93 | | | | | | $576.84 | | $2,307.36 |
| | 6/15/93 | | | | | | $576.84 | | $2,884.20 |
| | 7/15/93 | | | | | | $576.84 | | $3,461.04 |
| | 8/15/93 | | | | | | $576.84 | | $4,037.88 |
| | 9/15/93 | | | | | | $576.84 | | $4,614.72 |
| | 10/15/93 | | | | | | $576.84 | | $5,191.56 |
| | 11/15/93 | | | | | | $576.84 | | $5,768.40 |
| | 12/15/93 | | | | | | $576.84 | | $6,345.24 |
| | 1/15/94 | | | | | | $496.50 | | $6,841.74 |
| | 2/15/94 | | | | | | $496.50 | | $7,338.24 |
| | 3/15/94 | | | | | | $496.50 | | $7,834.74 |
| | 4/15/94 | | | | | | $496.50 | | $8,331.24 |
| | 5/15/94 | | | | | | $496.50 | | $8,827.74 |
| | 6/15/94 | | | | | | $496.50 | | $9,324.24 |
| | 7/15/94 | | | | | | $496.50 | | $9,820.74 |
| | 8/15/94 | | | | | | $496.50 | | $10,317.24 |
| | 9/15/94 | | | | | | $496.50 | | $10,813.74 |
| | 10/15/94 | | | | | | $496.50 | | $11,310.24 |
| | 11/15/94 | | | | | | $496.50 | | $11,806.74 |
| | 12/15/94 | | | | | | $496.50 | | $12,303.24 |
| | 1/15/95 | | | | | | $512.84 | | $12,816.08 |
| | 2/15/95 | | | | | | $512.84 | | $13,328.92 |
| | 3/15/95 | | | | | | $512.84 | | $13,841.76 |
| | 4/15/95 | | | | | | $512.84 | | $14,354.60 |
| | 5/15/95 | | | | | | $512.84 | | $14,867.44 |
| | 6/15/95 | | | | | | $512.84 | | $15,380.28 |
| | 7/15/95 | | | | | | $512.84 | | $15,893.12 |
| | 8/15/95 | | | | | | $512.84 | | $16,405.96 |
| | 9/15/95 | | | | | | $512.84 | | $16,918.80 |
| | 10/15/95 | | | | | | $512.84 | | $17,431.64 |
| | 11/15/95 | | | | | | $512.84 | | $17,944.48 |
| | 12/15/95 | | | | | | $512.84 | | $18,457.32 |
| | 1/15/96 | | | | | | $470.00 | | $18,927.32 |
| | 2/15/96 | | | | | | $470.00 | | $19,397.32 |
| | 3/15/96 | | | | | | $470.00 | | $19,867.32 |
| | 4/15/96 | | | | | | $470.00 | | $20,337.32 |
| | 5/15/96 | | | | | | $470.00 | | $20,807.32 |
| | 6/15/96 | | | | | | $470.00 | | $21,277.32 |
| | 7/15/96 | | | | | | $470.00 | | $21,747.32 |
| | 8/15/96 | | | | | | $470.00 | | $22,217.32 |
| | 9/15/96 | | | | | | $470.00 | | $22,687.32 |
| | 10/15/96 | | | | | | $470.00 | | $23,157.32 |
| | 11/15/96 | | | | | | $470.00 | | $23,627.32 |
| | 12/15/96 | | | | | | $470.00 | | $24,097.32 |
| | 1/15/97 | | | | | | $503.66 | | $24,600.98 |
| | 2/15/97 | | | | | | $503.66 | | $25,104.64 |
| | 3/15/97 | | | | | | $503.66 | | $25,608.30 |
| | 4/15/97 | | | | | | $503.66 | | $26,111.96 |

Non-Real Wage Payment Status Detail Statement
1/25/01

Company Name:  VALLEY SERVICES INC (90944)
Trust Plan:  1992BEN
Funding Code:  MONTHPRE

| Bill Due Date | Liability Due Date | Postmark Date | Withdrawal Year | Adjustment Code | Payment Reason | Total Billed | Total Liability | Total Paid | Balance |
|---|---|---|---|---|---|---|---|---|---|
| | 5/15/97 | | | | | | $503.66 | | $26,615.62 |
| | 6/15/97 | | | | | | $503.66 | | $27,119.28 |
| | 7/15/97 | | | | | | $503.66 | | $27,622.94 |
| | 8/15/97 | | | | | | $503.66 | | $28,126.60 |
| | 9/15/97 | | | | | | $503.66 | | $28,630.26 |
| | 10/15/97 | | | | | | $503.66 | | $29,133.92 |
| | 11/15/97 | | | | | | $503.66 | | $29,637.58 |
| | 12/15/97 | | | | | | $503.66 | | $30,141.24 |
| | 1/15/98 | | | | | | $498.16 | | $30,639.40 |
| | 2/15/98 | | | | | | $498.16 | | $31,137.56 |
| | 3/15/98 | | | | | | $498.16 | | $31,635.72 |
| | 4/15/98 | | | | | | $498.16 | | $32,133.88 |
| | 5/15/98 | | | | | | $498.16 | | $32,632.04 |
| | 6/15/98 | | | | | | $498.16 | | $33,130.20 |
| | 7/15/98 | | | | | | $498.16 | | $33,628.36 |
| | 8/15/98 | | | | | | $498.16 | | $34,126.52 |
| | 9/15/98 | | | | | | $498.16 | | $34,624.68 |
| | 10/15/98 | | | | | | $498.16 | | $35,122.84 |
| | 11/15/98 | | | | | | $498.16 | | $35,621.00 |
| | 12/15/98 | | | | | | $498.16 | | $36,119.16 |
| | 1/15/99 | | | | | | $566.50 | | $36,685.66 |
| | 2/15/99 | | | | | | $566.50 | | $37,252.16 |
| | 3/15/99 | | | | | | $566.50 | | $37,818.66 |
| | 4/15/99 | | | | | | $566.50 | | $38,385.16 |
| | 5/15/99 | | | | | | $566.50 | | $38,951.66 |
| | 6/15/99 | | | | | | $566.50 | | $39,518.16 |
| | 7/15/99 | | | | | | $566.50 | | $40,084.66 |
| | 8/15/99 | | | | | | $566.50 | | $40,651.16 |
| | 9/15/99 | | | | | | $566.50 | | $41,217.66 |
| | 10/15/99 | | | | | | $566.50 | | $41,784.16 |
| | 11/15/99 | | | | | | $566.50 | | $42,350.66 |
| | 12/15/99 | | | | | | $566.50 | | $42,917.16 |
| | 1/15/00 | | | | | | $610.50 | | $43,527.66 |
| | 2/15/00 | | | | | | $610.50 | | $44,138.16 |
| | 3/15/00 | | | | | | $610.50 | | $44,748.66 |
| | 4/15/00 | | | | | | $610.50 | | $45,359.16 |
| | 5/15/00 | | | | | | $610.50 | | $45,969.66 |
| | 6/15/00 | | | | | | $610.50 | | $46,580.16 |
| | 7/15/00 | | | | | | $610.50 | | $47,190.66 |
| | 8/15/00 | | | | | | $610.50 | | $47,801.16 |
| | 9/15/00 | | | | | | $610.50 | | $48,411.66 |
| | 10/15/00 | | | | | | $610.50 | | $49,022.16 |
| | 11/15/00 | | | | | | $610.50 | | $49,632.66 |
| | 12/15/00 | | | | | | $610.50 | | $50,243.16 |
| 1/15/01 | 1/15/01 | | | | | $50,824.16 | $581.00 | | $50,824.16 |
| 2/15/01 | | | | | | $581.00 | | | $50,824.16 |